UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION



ESTATE OF MELINDA DUCKETT, by and through
her personal representative, KATHLEEN CALVERT,
and BETHANN EUBANK and WILLIAM GERALD
EUBANK, as legal parents of MELINDA DUCKETT,
and as grandparents and next friends of T.D., a child,
and M.E., a minor sibling of MELINDA DUCKETT,

    Plaintiffs,
v.

CASE NO. 5:06-cv-444-Oc-
10GRJ

CABLE NEWS NETWORK LLLP (CNN),
a Delaware corporation, NANCY GRACE,
individually and as an employee/agent of CNN,
various unnamed producers of the "Nancy Grace" show,
JOSHUA DUCKETT,

    Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF NANCY GRACE

Defendants, Cable News Network LP, LLLP, and Nancy Grace, hereby give notice of filing the attached Affidavit of Nancy Grace in support of Defendants' Notice of Removal.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for CNN and Nancy Grace
200 S. Orange Avenue, Suite 2600
P. O. Box 1526 (ZIP 32802-1526)
Orlando, FL 32801
Tel. No.: (407) 244-1102
Fax No.: (407) 244-5288

By: _____
Judith M. Mercier (FBN 0032727)
judy.mercier@hklaw.com
Andrew P. Lannon (FBN 06481400)
andrew.lannon@hklaw.com

Charles D. Tobin (FBN 0816345)
charles.tobin@hklaw.com
Holland & Knight LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served via U.S. Mail on this 20th day of December, 2006 to Jay Paul Deratany, Esquire, Kara Skorupa, Esquire, Deratany, Skorupa & O'Hara, P.A., Crystal Tree Centre, 1201 U.S. Highway One, Suite 315, North Palm Beach, Florida 33408 and Michael P. Sampson, Esquire, Carlton Fields, CNL Center at City Commons, 450 S. Orange Avenue, Suite 500, Orlando, Florida 32801-3336

_____
Judith M. Mercier

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT,
by and through her personal representative,
KATHLEEN CALVERT, and BETHANN
EUBANK and WILLIAM GERALD
EUBANK, as legal parents of MELINDA
DUCKETT, and as grandparents and next
friends of T.D., a child, and M.E., a minor
sibling of MELINDA DUCKETT,

      Plaintiffs,
v.                                                                                                CASE NO.

CABLE NEWS NETWORK LLP (CNN),
a Delaware corporation, NANCY GRACE,
individually and as an employee/agent of
CNN, various unnamed producers of the
"Nancy Grace" show, JOSHUA DUCKETT,

      Defendants.
_____/

## AFFIDAVIT OF NANCY GRACE

STATE OF GEORGIA        )

COUNTY OF FULTON      )

    BEFORE ME, the undersigned authority, personally appeared Nancy Grace, who, after being first duly sworn, deposes and says:

    1.    I am above the age of 18, and I believe in the obligation to tell the truth under oath.

    2.    The statements set forth in this affidavit are based on my personal knowledge.

3. I am the host of "Nancy Grace," a television news program that appears nightly, seven days a week, on Headline News, a cable news channel that is operated by Cable News Network LP, LLLP. The "Nancy Grace" program provides legal analysis of the justice system through interviews, discussions, and debates regarding the most controversial and high-profile legal issues and investigations of the day. Many of the stories that we cover on the program concern missing children.

4. Before becoming a legal analyst and television host, I worked as a violent crimes prosecutor at the Fulton County District Attorney's Office from December 1987 - 96.

5. The "Nancy Grace" program has covered the disappearance of Trenton Duckett, a two-year-old Leesburg, Florida child who was reported as missing in August 2006.

6. It is my understanding that the father of Trenton Duckett, Joshua Duckett, who is also a defendant in this lawsuit, established a trust fund to help raise money to assist in the search for his son. Other than publicizing information about the trust fund while covering Trenton Duckett's disappearance, neither I nor CNN has any involvement with the ownership, administration, disbursements of funds, or any other aspect of the trust fund.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Nancy Grace

STATE OF ~~GEORGIA~~ NEW YORK
COUNTY OF ~~FULTON~~ NEW YORK

The foregoing instrument was subscribed and sworn to before me on December 14, 2006, by Nancy Grace, who is personally known to me/has produced ___driver's license___ as identification.

(SEAL)

Printed/Typed Name: Lenore S. B. Riegel
Notary Public-State of NEW YORK

Commission Number: 01RI6110169

LENORE SB RIEGEL
Notary Public - State of New York
No. 01RI6110169
Qualified in New York County
My Comm. Expires May 24, 2008