**New York State Office of Children & Family Services**

8/10/2009

Request ID: 26951864
RE: Subpoena Duces Tecum dated 7/16/09
Matter of: BETHANN EUBANK
Docket #: Case No. 5:06-cv-444-Oc-10GRJ

CERTIFIED MAIL

FILED
2009 AUG 18 AM 9: 44
CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

HON. GARY JONES
GOLDEN-COLLUM MEMORIAL FED BLDG
207 NORTH WEST SECOND STREET
OCALA, FL 34475

David A. Paterson
*Governor*

Gladys Carrión, Esq.
*Commissioner*

P.O. Box 4480
Albany, N.Y. 12204

Dear Hon. Gary Jones:

This is in response to the Subpoena Duces Tecum so ordered by Your Honor and served upon this Office on 08/03/09. Please be advised that the Office's State Central Register of Child Abuse and Maltreatment (SCR) maintains no records responsive to this subpoena.

If you have any questions, or desire any other assistance, please do not hesitate to contact the SCR.

Respectfully Submitted,
Jeanne Sample, Director
State Central Register
Division of Child Welfare
and Community Services

JS/

AC