UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, by and
through her personal representative,
KATHLEEN CALVERT and BETHANN
EUBANK and WILLIAM GERALD EUBANK, as
legal parents of MELINDA DUCKETT, and as
grandparents and next friends of T.D., a child
and M.E., a minor sibling of MELINDA
DUCKETT,

                Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.  5:06-cv-444-Oc-10GRJ

CABLE NEWS NETWORK LLLP (CNN), a
Delware Corporation, NANCY GRACE,
individually and as an employee/agent of CNN,
JOSHUA DUCKETT,

                Defendants.
_____/

## ORDER

      Pending before the Court is Defendants' Emergency Motion to Strike Untimely Notice of Taking Deposition by Videotape, Or in the Alternative, Motion for Protective Order. (Doc. 135.) Defendants request the entry of an order providing that Plaintiffs may not record the deposition of Nancy Grace, scheduled for January 28, 2010, in Atlanta, Georgia, or if the deposition is videotaped, that Plaintiffs be prohibited from disclosing the videotape to any third party or from filing the videotape without prior leave of Court.

      In view of the fact that Nancy Grace's deposition is set to take place this Thursday and to afford Plaintiffs with an opportunity to provide the Court with their

position regarding the videotaping of the deposition, Plaintiffs shall file their response to Defendants motion on or before the close of business on **January 26, 2010**.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Ocala, Florida, on January 25, 2010.

                                                GARY R. JONES
                                                United States Magistrate Judge

Copies to:
    All Counsel