UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, by and
through her personal representative,
KATHLEEN CALVERT and BETHANN
EUBANK and WILLIAM GERALD EUBANK, as
legal parents of MELINDA DUCKETT, and as
grandparents and next friends of T.D., a child
and M.E., a minor sibling of MELINDA
DUCKETT,

                Plaintiffs,

v.                                            Case No.  5:06-cv-444-Oc-10GRJ

CABLE NEWS NETWORK LLLP (CNN), a
Delware Corporation, NANCY GRACE,
individually and as an employee/agent of CNN,
JOSHUA DUCKETT,

                Defendants.
_____/

## ORDER

Pending before the Court is the Motion to Withdraw as Counsel of Record for Plaintiffs. (Doc. 154.)  E. Brooke Panagakos requests permission to withdraw as counsel for Plaintiffs because she is no longer associated with the law firm of Deratany, Skorupa & O'Hara, LLP.

Upon due consideration, the motion is due to be **GRANTED**. E. Brooke Panagakos is hereby relieved of any further responsibility or obligation with regard to the representation of Plaintiffs in this matter.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on April 12, 2010.

GARY R. JONES
United States Magistrate Judge

Copies to:
    All Counsel