UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, et al.
Plaintiffs,

v.                                    CASE NO.: 5:06-cv-444-WTH-GRJ

CABLE NEWS NETWORK LLLP (CNN), et al.
Defendants.
_____/

## NOTICE OF FILING APPENDIX OF EXHIBITS IN SUPPORT OF CABLE NEWS NETWORK AND NANCY GRACE'S MOTION FOR SUMMARY JUDGMENT

Defendants Cable News Network, Inc.[1] and Nancy Grace ("Defendants") hereby give notice of filing this Appendix of Exhibits in Support of Defendants' Motion for Summary Judgment.

### APPENDIX OF EXHIBITS

| Exhibit No. | Document |
|---|---|
| 1 | Declaration of Leesburg Police Detective Jim Dunagan |
| 2 | Deposition Excerpts of Plaintiff William Gerald Eubank |
| 3 | Deposition Excerpts of Plaintiff Bethann Eubank |
| 4 | Deposition Excerpts of Plaintiff Kathleen Calvert |
| 5 | Deposition Excerpts of Kimberly Schulte |
| 6 | Declaration of Leesburg Police Detective Richard Giles |
| 7 | Declaration of Jeff Duncan a/k/a "Doc Holliday" |
| 8 | Grace's Response to Plaintiffs' Interrogatories |
| 9 | Deposition Excerpts of Nancy Grace and CNN196, CNN 878-879 |
| 10 | Deposition Excerpts of Dean Sicoli |
| 11 | Deposition Excerpts of Elizabeth Yuskaitis |
| 12 | Deposition Excerpts of Keren Schiffman |

---

[1] Plaintiffs erroneously sued "Cable News Network LLLP," an entity that does not exist. "CNN" is the acronym for Cable News Network LP, LLLP, now known as Cable News Network, Inc.

| | | |
|---|---|---|
| 13 | Deposition Excerpts of Nancy Eubank | |
| 14 | Deposition Excerpts of Ellie Jostad and CNN 225-227 | |
| 15 | Deposition of Dr. Dimitrios Hatzivlassiou and NPP 574-76 | |
| 16 | Declaration of Dr. W. Steven Saunders and NPP 0030-0034, DCFS 00539, B&W Eubank 0293 | |
| 17 | Deposition of Susan Gregory (Lifestream Behavioral Center) and NPP566-67, 573, 791-94 | |
| 18 | Deposition of Dr. Christopher Martin and NPP 1189-1194<br>Deposition of Sarah Douglas<br>Declaration of Clarice McClure (Casey House Youth Shelter) and NPP 954-56, 958-960, 961-64, 974<br>Declaration of Kristine Spada (Niagara Falls Memorial Medical Center) and NPP 654-58, 661-62 | |
| 19 | Declaration of FDLE Special Agent Mary E. "Molly" Akin | |
| 20 | Declaration of FDLE Analyst Barbara Ramos-Mendez | |
| 21 | Deposition Excerpts of Clark Goldband and CNN 194 | |
| 22 | DVD of 9/8/06 *Nancy Grace* Broadcast (filed separately with the Court) | |
| 23 | Transcript of 9/8/06 *Nancy Grace* Broadcast (CNN 283-296) | |
| 24 | Deposition Excerpts of Plaintiff M.E., a minor sibling of Melinda Duckett | |
| 25 | Letters to Plaintiffs' Counsel | |

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**
*Counsel for Defendants*

Judith M. Mercier #32727
200 S. Orange Avenue, Ste. 2600
Orlando, Florida 32801-3453
Telephone: (407) 425-8500
Facsimile: (407) 244-5288

Charles D. Tobin #0816345
Drew E. Shenkman, *Of Counsel*
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

By: /s/ Charles D. Tobin

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following parties of record: Counsel for Plaintiffs, Jay Paul Deratany, Esquire and Kara Skorupa, Esquire, Deratany, Skorupa & O'Hara, P.A., Crystal Tree Centre, 1201 U.S. Highway One, Suite 315, North Palm Beach, Florida.

/s/ Charles D. Tobin