# EXHIBIT 2

# Deposition of Plaintiff William Gerald Eubank

# ESTATE OF MELINDA DUCKETT, ET AL

## V.

# CABLE NEWS NETWORK, LLP, ET AL

# WILLIAM GERALD EUBANK

**November 17, 2009**

Barbara Perry
PHONE  407-422-2953
FAX 407-422-2990

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, by and
through her personal representative,
KATHLEEN CALVERT and BETHANN EUBANK
and WILLIAM GERALD EUBANK, as legal
parents of MELINDA DUCKETT, and as
grandparents and next friends of T.D.,
a child, and M.E., a minor sibling of
MELINDA DUCKETT,

      Plaintiffs,

vs.                CASE NO. 5:06-cv-444-Oc-10GRJ

CABLE NEWS NETWORK, LLP (CNN),
a Delaware corporation, NANCY
GRACE, individually and as an
employee/agent of CNN, various
unnamed producers of the "Nancy Grace"
show, JOSHUA DUCKETT,

------------------------------------------------------------

                Vol I
                November 17, 2009
                3:33 p.m.

      The videotaped deposition of WILLIAM GERALD

EUBANK, taken on behalf of the Defendants, at the

offices of Holland & Knight, LLP, 200 South

Orange Avenue, Suite 2600, Orlando, Florida

32801, before Stacey Walters, Court Reporter and

Notary Public, in and for the State of Florida at

Large.

```
 1    A P P E A R A N C E S:

 2

 3         EDWARD F.  O'HARA, ESQUIRE
           Deratany, Skorupa & O'Hara, LLP
 4         Crystal Tree Office Center
           1201 U.S. Highway One
 5         Suite 315
           North Palm Beach, Florida 33408
 6         561-624-7989

 7              Representing the Plaintiffs

 8

 9

10         CHARLES D. TOBIN, ESQUIRE
           Holland & Knight, LLP
11         2099 Pennsylvania Avenue, N.W.
           Suite 100
12         Washington, D.C. 20006
           202-955-3000
13
                    and
14
           JUDITH M. MERCIER, ESQUIRE
15         Holland & Knight, LLP
           200 South Orange Avenue
16         Suite 2600
           Orlando, Florida 32801
17
                Representing the Defendants
18

19

20    ALSO PRESENT:  Ron Fleming - Ron Fleming Video
                                   Productions
21

22

23

24

25
```

1    a place called Volkswagen Village.

2          I worked there for -- this was during the

3    time of the gas crunch.  I worked there for a -- I'm

4    -- this is a long time ago, so I'm trying to be

5    accurate.  I worked there for probably about a year,

6    until about 2004 (sic).

7          I worked -- the reason I remember this as

8    easy is because each job lasted about a year until I

9    went to Akzo, and that's 27 years.

10         From about two -- 1973 to about 1974, I

11   worked for Volkswagen Village.

12         From 1974 to 1975, I worked for a place

13   called Cornell Dodge.

14         From 1975 until 1976, in June, I worked for

15   a place called Howell Motors.

16         And from 1976 to 2003, I worked for

17   Akzo/Nobel Corporation, the same job.  It was 27

18   years, altogether.

19         Q.  Is there anything involved in this litigation

20   that has impeded you from getting promotions in your

21   company?

22         A.  No.  No.  They've been very -- they've been

23   very understanding about it.

24         The people I work with at Towne are, I would

25   consider among the best people I've ever worked with

1    in my life, including my boss.

2            They were very careful of the day -- I've

3    always been grateful to them.  They were very careful

4    about the day that they informed me of my daughter's

5    death.

6            My boss offered to drive me home.  They did

7    not want me to drive.

8            They could not have been nicer.

9            Beth actually called the company, and the

10   manager of the dealership talked to my boss, and they

11   got me off to the side.

12       Q.  Do you know what Beth told your boss?

13       A.  She had to tell them the truth.

14       Q.  What is the truth?

15       A.  She told -- from that point of view, she

16   said, she basically told them, "My daughter is dead."

17   She didn't call me directly, she says, "I want to

18   figure out how to handle this."

19       Q.  Who is the person she spoke with at your

20   office?

21       A.  She would have spoke to Tim Connelly.  He

22   would have been -- she went through the switchboard

23   at the dealership.  And at first she was looking for

24   Tony.

25       Q.  Who is Tony?

1          A.    Tony Cutrona is my boss.  And my boss at the

2     time -- I talked to him a little bit afterwards is

3     why I know all of this -- my boss turned around, and

4     when he realized what it was, he contacted Tim

5     Connelly immediately.  And he said, "This is my

6     situation, what do I do?"

7              And Tim immediately said, "Look, I've got to

8     finish up, I will be there with you."  And he says,

9     "We need to tell him together."

10             Because he turned around and he said, I'm

11    concerned because, he said, Jerry, I have a Roush

12    Mustang convertible.  And he turned around and said,

13    "I don't -- I don't want Jerry to drive that."

14         Q.    All right, may I back you up for one second?

15    I thought I understood that Beth called and spoke

16    with Tim Connelly.  Did I misunderstand that?

17         A.    No, she got the switchboard.

18         Q.    She got to Tim.  Okay, walk me through that.

19         A.    And what ended up happening was, she -- she

20    talked to Tony for a short time, and Tony switched

21    her --

22         Q.    Do you know what she told Tony?

23         A.    And then -- and then she switched, they got

24    on a conference.

25         Q.    With Tony and Tim?

1          A.   She actually -- she actually talked to Tony
2     and Tim at the same time.
3          Q.   In a conference call?
4          A.   Yes.
5          Q.   And what did she tell Tony and Tim?
6          A.   She told them that my daughter was dead, it
7     was an apparent suicide.  And, of course, she was
8     totally all over, as far as being upset.
9          Q.   How do you know the words that she told
10    them?
11         A.   Just from a lot of -- Tony had said things
12    to me about what went on.  And I asked.
13         Q.   So Beth informed them that your daughter --
14         A.   Beth informed them.
15         Q.   May I finish?
16         A.   Yes.
17         Q.   Beth informed them that your daughter was
18    dead from an apparent suicide?
19         A.   Yes.
20         Q.   And then what did they do?
21         A.   They got me off to the corner, took me off
22    to the side, and talked to me.  It was -- Tony did
23    not want me to drive home and I told him, "If
24    anything, I'm -- I'm just in total shock."
25         Q.   When you say "off to the side," tell me what

1    you mean.

2         A.   They -- they took me away from the other

3    people I worked with and talked to me outside.

4         Q.   To the corner of the office or the place you

5    worked?

6         A.   It was outside of the building.  They went

7    around -- the building I work in, the complex of the

8    dealership is in the front, the detail is in the

9    back.  And they took me over to the side of the

10   building and talked to me.

11        Q.   And what did they tell you?

12        A.   And they -- they told me basically -- at

13   that point, I talked directly to Beth.

14        Q.   Well, now, I want to know --

15        A.   No, I'll get to this, I'll get to this so it

16   makes sense.

17        Q.   Did you talk to Beth before they took you to

18   the side?

19        A.   No, no.

20        Q.   All right, so let's go chronologically.

21   They took you to the side?

22        A.   Okay.  They took me to the side.

23        Q.   "They" is Tony and Tim?

24        A.   Tony and Tim were both standing there.  And

25   they said, "Jerry," and both of them together said,

1    "Look, your phone is going to ring in a couple of

2    minutes.  Okay?  It's going to be Beth, and it -- it

3    is something that there is no way on earth that we

4    can prepare you for, but we need to be here with you

5    when that phone rings."

6         Q.  Did they tell you what Beth --

7         A.  All right, because then that is exactly what

8    they did.  The phone rang and it was Beth and Beth

9    told me.

10        And they had made the arrangement that the

11   two of them, with Beth, they had made the arrangement

12   that they would be there when I was told.

13        Q.  Did they tell you what Beth was about to

14   tell you on the phone?

15        A.  No.  They simply -- they simply told me,

16   it's -- you -- that your phone is going to ring.  And

17   I knew -- I had no idea that it was going to be that.

18   I knew it was going to be something devastating,

19   obviously, but your mind at that point is floating,

20   you don't know what to think.

21        Q.  Sure.

22        A.  But what I'm trying to stress to you is what

23   decency these people have.

24        Q.  I appreciate that.

25        A.  And there will be an angle for that is why

1    I'm telling you this that we'll get to later.

2         Q.   I thank you for the explanation.   What

3    precisely can you tell me Beth said to you when she

4    called you?

5         A.   She thought I was in the building somewhere.

6    She said that you -- you need to -- you need to find

7    a place to sit down, you need to get away from

8    everybody else.

9         And I told her I was outside with Tim and

10   Tony and nobody else was around.

11        And I said, "Look, obviously this is scaring

12   me, I know there's something really bad.  Just hit me

13   with it, I'll handle it."

14        And obviously then she was sobbing, she was

15   -- she was totally emotionally a wreck, I knew that

16   over the phone.

17        And -- and she started almost like screaming

18   while she was crying, "She's dead, she's dead."

19        And -- and I'm like -- and it took me a

20   minute.  And at that time, she's -- she's not telling

21   me whether it's M.E. or Mindy or whatever.  And I

22   went like, "You've got to calm down, you've got to

23   tell me."

24        And she goes, "Mindy killed herself.  Your

25   mom and dad found her.  She shot herself."

1            And she goes, "Oh, my God."

2            And it's like, oh, my God.

3            And at this time, of course, everything

4    starts coming, you know, like -- I managed, after

5    that, I composed myself.

6            And I drove home at that time as Mindy or as

7    M.E., I'm sorry, as M.E. said, there were a lot of

8    people there and everything, they stayed for a period

9    of time.

10           Now, keep in mind, at this point in time,

11   and I won't go into great detail, because we'll

12   handle that later, keep in mind at this point, so

13   this will make sense to -- to you people, the reason

14   we watched the program at eight o'clock, other people

15   had left, we were under the impression that CNN only

16   wanted to help find Trenton.  I knew -- I knew -- I'm

17   going to tell you exactly what I told Tony.

18           My thought at that time was my son's -- or

19   my grandson's missing and I've lost my daughter.  We

20   were under the impression at that time, okay, that

21   the only thing that was going to happen -- I had no

22   idea who Nancy Grace was.

23           We -- the people stayed with us for a while.

24   The pastor stayed for a while.  Her -- her sister and

25   brother-in-law, as M.E. pointed out, these people

```
 1    were there.
 2         Q.   May I ask you a question?  When all of those
 3    people were there, were you discussing with them the
 4    fact that Mindy killed herself?
 5         A.   With her -- with -- Beth was just -- Beth
 6    wasn't trying to hide anything.  Beth was -- at that
 7    point, Beth told her sisters.  And I basically --
 8         Q.   What did she tell them?  This is before the
 9    show.
10         A.   Before -- we didn't know what was in the
11    show.
12         Q.   Before you watched the show?
13         A.   Yeah.
14         Q.   And so Beth told her sisters what?
15         A.   She told them that -- she told them that she
16    was dead.  And they had said it was an apparent
17    suicide.  I didn't --
18         Q.   Did you hear her tell them that?
19         A.   Yes.
20         Q.   This would be her sister, Nancy, from
21    Rochester?
22         A.   Yes.  It would be her sister, Nancy, and her
23    brother-in-law, Bob.
24         Q.   It was at the house?  Okay.
25         A.   And, of course, we'll get more into things.
```

1    Q.  Did you hear her discuss the suicide with

2  the pastor?

3    A.  I believe so.  I believe Beth was -- Beth

4  was totally -- at that time, I was trying -- I would

5  like to say that I was just trying to be solid, but

6  what I really describe myself as being in shock.

7  That would be the thing.

8    I didn't -- at that time, we had no idea it

9  was in the show.  I know that the night -- this would

10  have been the night before, Mindy had -- Mindy was --

11  this would have been -- let's see, this would have

12  been -- I'm trying to think of the day, this would

13  have been like the day before.  It was in the

14  evening, because I talked to Mindy.

15    Mindy at that point desperately wanted me to

16  come to -- to Florida.

17    Q.  What evening are we talking about, sir?

18    A.  This -- this was the night -- the night

19  before she died.

20    Q.  This is after she had taped the Nancy Grace

21  Show?

22    A.  This is after she had taped the show.

23    Q.  Tell me, where were you when you had that

24  conversation?

25    A.  I would have been in my living room.  She

# In the Matter of:

## *DUCKETT*
## *v.*
## *CNN*

---

## *WILLIAM EUBANK*
## *January 21, 2010*

---

## *MERRILL CORPORATION*
### *25 West 45th Street - Suite 900*
### *New York, NY 10036*
*PH: 212-557-7400 / FAX: 212-692-9171*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
--------------------------------------------X
ESTATE OF MELINDA DUCKETT,
by and through her personal representative,
KATHLEEN CALVERT, and BETHANN and WILLIAM
GERALD EUBANK, as legal parents of
MELINDA DUCKETT, and as grandparents and
next friends of T.D., a child and M.E. a
minor sibling of MELINDA DUCKETT,

     Plaintiffs,

 - against -    CASE NO. 5:06-cv-444-WTH-GRJ

CABLE NEWS NETWORK LLLP (CNN),
a Delaware corporation, NANCY GRACE,
individually and as an employee/agent of
CNN, various unnamed producers of the
"Nancy Grace" Show,

     Defendants.
--------------------------------------------X
     Holland & Knight
     195 Broadway
     New York, New York

     January 21, 2010
     12:42 o'clock p.m.


    - VOLUME III -

 CONTINUATION DEPOSITION OF William Eubank,
pursuant to Court Order, taken at the above place,
date and time, before TinaMarie Cupo Quatro, a
Shorthand Reporter and Notary Public within and for
the State of New York.

William Eubank

seeing somewhere and I have no idea where it
was, where she had the ear muffs on and um,
she was firing at a target.

Q.     What other incidents are you
aware of that you would characterize Josh
being a trouble-maker for?

A.     I honestly don't have the
recollection to honestly tell you right now.

Q.     Are you aware that Melinda
sought an injunction against Josh to keep
him away from her?

A.     Yes, I do know about that.

Q.     Are you aware that he sought an
injunction against her?

A.     I'm not aware of one, no.

Q.     Would there be any reason that
you are aware of that your daughter would be
a danger to Josh that would require him to
seek an injunction?

A.     Not that I know of.

Q.     Are you aware of that Melinda
was taken into custody under what's called,
The Baker Act in Florida?

A.     I believe, there was an incident

```
 1                    William Eubank
 2     like that.
 3          Q.     What do you know about that
 4     incident?
 5          A.     Very little.
 6          Q.     Tell me what little you know,
 7     please.
 8          A.     I simply know that um, somewhere
 9     in the records there was um, a situation
10     like that.  But, very honestly, I know very
11     little about it.
12          Q.     Did she discuss it with you?
13          A.     No.
14          Q.     She never mentioned it to you?
15          A.     It wasn't something we talked
16     about.
17          Q.     So, you have no knowledge and no
18     information?
19          A.     I have no knowledge or
20     information about it.  I have no knowledge
21     or information about that.
22          Q.     Okay.
23                 At what point did your wife
24     start speaking with Melinda again?
25                 Let me be clear, once she moved
```

```
 1                    William Eubank
 2                 (Record read.)
 3        A.     Yes.
 4        Q.     Tell me about that conversation.
 5        A.     Um, she was, she was excited
 6   about having a child.
 7        Q.     Anymore detail than that that
 8   you can remember?
 9        A.     Not, not really.
10        Q.     Do you remember discussing it
11   with Beth after you found out that you were
12   a grandfather?
13        A.     I don't recall that, no.
14        Q.     You never met your grandson; did
15   you?
16        A.     No, I did not.
17        Q.     That's because you had not seen
18   Melinda from the time she left your home
19   until four years later when she died; is
20   that correct?
21        A.     Yes, yes.
22        Q.     Did Melinda send you baby
23   pictures of Trenton?
24        A.     Yes, she did.
25        Q.     Do you still have those
```

```
 1                    William Eubank
 2              I considered and I still do, I
 3    considered Josh Duckett a bum.
 4         Q.    I understand.
 5              My question was about --
 6         A.    I'm sorry.
 7         Q.    My question was about suggesting
 8    to your daughter mental-health counseling.
 9         A.    Uh, somewhere in as I said, I
10    can't give you a date.  But, it was I, I'm
11    sorry.  I do recall, I just recall telling
12    her to seek the help that she could get.
13         Q.    You mentioned in reference to an
14    earlier question, it might have been
15    something that Beth handled.
16              Do you remember telling me that
17    a few minutes ago?
18         A.    That had to do with something
19    with food stamps and things like that.
20         Q.    I see.
21              Other types of services?
22         A.    Help services.
23         Q.    Do you recall Beth relating to
24    you or you over-hearing conversations Beth
25    had with Melinda about mental-health
```

```
 1                    William Eubank
 2    counseling?
 3         A.      That, I don't know.
 4         Q.      Do you know if Melinda while she
 5    lived in Florida sought any treatment from a
 6    mental-health professional?
 7         A.      That, I have no answer for.
 8         Q.      She did not discuss it with you?
 9         A.      She did not discuss that with
10    me.
11         Q.      Did you ask her?
12         A.      After, after whatever
13    discussions we had about seeking the help
14    that she could get, I didn't, I didn't get
15    into it with her.
16         Q.      You describe Melinda's emotional
17    state as "Stressed, depressed and mentally
18    trashed."  Those were some of the words I
19    wrote down.
20         A.      That would be a fair assumption.
21         Q.      Did you ever come to believe
22    that she was suicidal?
23         A.      No.
24         Q.      At no time?
25         A.      No.
```

```
 1                    William Eubank
 2        Q.    After she left?
 3        A.    I had grown -- obviously, my
 4   daughter lived with me for seventeen years.
 5   Um, as she stated herself, she was usually
 6   one way or another, she was a very
 7   strong-willed person.
 8              MR. DERATANY:  He is asking you
 9        after she moved to Florida.
10        A.    After she moved to Florida, I'm
11   sorry.
12        Q.    I understood your question to
13   tell me about her whole life.
14        A.    All right.
15        Q.    After she moved to Florida
16   during this time when you described her as
17   "Stressed, depressed and mentally trashed,"
18   did you believe she was suicidal?
19        A.    No.
20        Q.    If you had, would you have taken
21   any kind of action that you would have
22   taken?
23        A.    Immediately.
24        Q.    What would you have done?
25        A.    I would have found a way through
```

1              William Eubank

2      my parents or whoever to have gotten her

3      some help.

4           Q.    You said that you would have

5      attempted to get down to Florida after that

6      July 4, 2005 call, but that you couldn't

7      afford it?

8           A.    I honestly could not.  I was out

9      of work from --

10               MR. DERATANY:  He just asked.

11          A.    I was out of work.

12          Q.    Could you have asked your father

13     and mother to pay for your trip to come

14     down?

15          A.    I honestly don't have an answer

16     for that.

17          Q.    It didn't occur to you to ask

18     them?

19          A.    My relationship with them was

20     strained.  I honestly don't know how to

21     answer that.

22          Q.    Is it because your relationship

23     was strained that you did not or would not

24     ask them for money to come see your

25     daughter?

```
1                  William Eubank
2              Anything more specific than
3    that?
4         A.    No, no.
5         Q.    Do you recall when you first
6    heard that he had disappeared?
7         A.    Yes.
8         Q.    Can you tell me what you recall
9    about it?
10        A.    I recall getting a call like
11   that night um, that -- I actually do
12   remember very strongly.  She was -- we are
13   using the same terminology as trashed or
14   beaten.  She was completely ecstatic.  I
15   don't know if "ecstatic" would be the right
16   word, but almost to the point of like um,
17   uncontrollable.
18              At that point in time she was
19   absolutely convinced that the Ducketts had
20   taken him.  She made no, she made absolute
21   reference that she was absolutely convinced
22   that Carla had taken him.
23        Q.    What did she say to you?
24        A.    Basically, that she knew who did
25   it.  She says, "One way or the other" she
```

```
 1                      William Eubank
 2    goes -- um, I don't know how else to tell
 3    you.  She was almost to the point of if you
 4    have ever talked to somebody that was almost
 5    screaming, crying, a total, a total basket
 6    case.
 7               Okay?
 8               I remember very vividly because
 9    it was one of those things that there had
10    been situations where there had been
11    problems before.  But, in this case, um,
12    other than what I have described to you as
13    far as her demeanor, I don't know how else
14    to describe it.  A mental mess that night.
15         Q.    Did she specifically --
16         A.    Oh, she was, she was very
17    adamant that Josh or Carla or somebody in
18    the realm had taken him.
19         Q.    Until this day, do you believe
20    that the Ducketts or Carla Massero know
21    where Trenton is?
22         A.    I would rather not answer that.
23               MR. DERATANY:  It is up to you
24         to decide.
25               Answer the question.
```

```
 1                    William Eubank
 2         Q.      You saw the Nancy Grace
 3    broadcast the night after the taping?
 4         A.      Yes.
 5         Q.      You knew at that time that
 6    Melinda had felt like she had an unpleasant
 7    experience, she was already dead by that
 8    point?
 9         A.      Yes.
10         Q.      Why did you watch the broadcast?
11         A.      The bottom line was I basically,
12    as honest as I know how to tell you,
13    Mr. Tobin, I was in shock that night.  I
14    don't know any other way to answer you.
15    Except I probably -- it was something that
16    Beth had determined that she was going to
17    put on.  We tried to keep ME from watching
18    it.  I think ME did manage to see some of
19    it.
20              If you asked me some of the
21    things about that night, Mr. Tobin, I was so
22    shocked.  I just I only remember being
23    absolutely shocked because just -- I don't
24    know.  I just remember being totally
25    shocked.  I do or I did watch um, after that
```

```
 1              William Eubank
 2   time, I knew what was in it.
 3              I remember, I do remember and
 4   I've never forgotten, it was the part about
 5   where Mindy was being totally screamed at
 6   with her pounding her fists.  I will stop.
 7              MR. TOBIN:  I will be
 8         reasonable, if you would.
 9              MR. DERATANY:  Okay.
10        Q.    Mr. Eubank, the question was:
11              Why did you watch it?
12        A.    Oh, I'm sorry.
13        Q.    And, I believe, your answer was
14   because you were shocked.
15              But, you also told me that Beth
16   was determined to watch it.  And, I don't
17   want to and I can't put words in your mouth.
18   But, I'm trying to understand.
19              Was it Beth's decision and you
20   went along with it?
21        A.    I'm sure it was.
22              MR. DERATANY:  Just answer the
23         question.
24        A.    I'm sure it was Beth's decision.
25        Q.    All right.
```