# EXHIBIT 3

# Deposition of Plaintiff Bethann Eubank

# ESTATE OF MELINDA DUCKETT, ET AL

## V.

# CABLE NEWS NETWORK, LLP, ET AL

## BETHANN EUBANK

**November 16, 2009**

Barbara Perry
PHONE  407-422-2953
FAX 407-422-2990

1    wanted to know if there was -- or that there was -- a
2    situation had been reported against us.  They did not
3    tell us what it was.  They couldn't tell us who it
4    was.  They came out; they did an investigation; they
5    talked to both Jerry (sic); they talked to both me
6    (sic).  You're welcome to do another.  I have nothing
7    to hide.  She was there for awhile.  She --
8        Q.    Did she ask any specific questions about any
9    alleged conduct?
10       A.    I don't believe.
11       Q.    Did she ask you if you hit Mindy?
12       A.    I don't believe she did.
13       Q.    Did she ask you if you lock Mindy in your
14   room?
15       A.    I don't believe so.
16       Q.    Did she ask you any other particular things
17   that you can recall today?
18       A.    No.
19       Q.    You can't recall any specifics about what
20   you were asked?
21       A.    No.
22       Q.    When was Melinda sent to live with her
23   grandparents in Florida?
24       A.    August 14, 2006.
25       Q.    And preceding that did you --

1    A.    Or I'm sorry.  2002.

2    Q.    Thank you for correcting that.  Preceding

3    that did you in fact assign custody to Jerry's

4    parents?

5    A.    On the advice of an attorney, we had a

6    guardianship letter drawn up because when Mindy went

7    to Florida -- she came to Florida -- she was not going

8    to be covered under our health insurance out of state,

9    and also, the school wanted who the guardian was.

10   Q.    So the answer to my question is yes, you

11   had --

12   A.    Yes.

13   Q.    -- a custody letter?

14   A.    Yes.

15   Q.    Why did you send Mindy to live with your

16   in-laws?

17   A.    Mindy wanted to go to college.  She wanted

18   scholarships.  In order to get them, she had to be a

19   resident of Florida for one year.  And if she came

20   down in her junior year, she would have gotten her

21   residency so she could get her scholarships.  She knew

22   and we knew her chances of scholarships at home in

23   such a large school was very slim.  She knew what she

24   wanted to do for college, and that's why she agreed to

25   come to Florida.

1      Q.    What connection, if any, did the behaviors

2   we've been discussing and for which you sought mental

3   health counseling for Mindy play -- what role did it

4   play in your decision to send her to live with your

5   in-laws?

6      A.    None.

7      Q.    She was not sent down there as punishment?

8      A.    Absolutely not.

9      Q.    She was not sent down there for timeout

10  purposes?

11     A.    No.

12     Q.    She was not sent down there to get her act

13  together?

14     A.    Maybe to grow up a little bit, to realize

15  that, hey, home was pretty good.  When you're away

16  from your parents, you tend to appreciate them more.

17     Q.    So that's on top of her wanting a

18  scholarship and it be more affordable to go to school

19  in Florida?

20     A.    Yes.

21     Q.    So there were two reasons.  One was to

22  appreciate what she had at home more and the other was

23  financial?

24     A.    Financial and to basically maybe grow up and

25  mature a little bit to get ready for college.

```
 1    time.  I wasn't -- I don't know what their
 2    stipulations are where she lives.
 3         Q.    That is the reason, according to the
 4    testimony in this case, that Melinda went back to her
 5    own place fairly quickly, not because she wanted to be
 6    independent but because the place that your in-laws
 7    live do (sic) not allow children.
 8         A.    I was unaware of that.
 9         Q.    Okay.  Thank you.  So to be clear, you never
10    met Trenton before he went missing?
11         A.    Correct.
12         Q.    Do you know how old Trenton was when he
13    started to crawl?
14         A.    About eight months.
15         Q.    Do you know how old Trenton was when he
16    first sat up?
17         A.    About seven.
18         Q.    Do you know how old Trenton was when he
19    started to walk?
20         A.    About a year.
21         Q.    What were his first words?
22         A.    Mama.
23         Q.    What were his second words?
24         A.    I don't remember.
25         Q.    Did Melinda read to him?
```

1    A.    Yes.

2    Q.    Any other reason?

3    A.    No.

4    Q.    How did you learn that Trenton was missing?

5    A.    She called us at 11:00 o'clock at night on

6    August 27, 2006.

7    Q.    What did she say?

8    A.    She said he was missing, he was gone.  Both

9    Jerry and I were asleep.  She woke us up.  I remember

10   saying to her, What do you mean he's gone?  Could he

11   have hidden somewhere?  He was 2.  He just learned how

12   to open and close closet doors.

13   Q.    How did she respond?

14   A.    She said no.

15   Q.    Did you go down there to help her look for

16   him?

17   A.    No.

18   Q.    Why not?

19   A.    We wanted to go down.  The FBI told us when

20   we talked to them they wanted us to wait.

21   Q.    The FBI instructed you to wait?

22   A.    Yes.

23   Q.    Which FBI agent was that?

24   A.    I don't remember his name.

25   Q.    Do you have any records at home that would

```
 1        A.    I don't recall.

 2        Q.    Did she tell you that she was upset by the

 3   taping of the "Nancy Grace" show?

 4        A.    I don't recall.

 5             MR. TOBIN:   We have just a few minutes on

 6        the tape, so now's probably a good time to change

 7        it.   We'll go off the record.

 8             THE VIDEOGRAPHER:   The time is 9:32 a.m.

 9        Off the record.

10        (Break taken from 9:32 a.m. to 9:45 a.m.)

11             THE VIDEOGRAPHER:   The time is 9:45 a.m.   On

12        the record.

13   BY MR. TOBIN:

14        Q.    Ms. Eubank, I want to talk to you about the

15   day Melinda died, and I understand from M.E.'s

16   testimony that the sheriff of Niagara County came to

17   visit your house?

18        A.    Yes.

19        Q.    Can you tell me what time of day that was.

20        A.    It was between maybe ten after 4:00 and

21   4:30-ish.   M.E. had just gotten home from school.   I

22   had little ones there.   We were outside.   She was --

23   school had just started that week, so she was bringing

24   home all the things -- new homework things she had to

25   do and telling me about her day and that type of
```

1    thing.

2         Q.   And what did the -- a sheriff's deputy, a

3    uniformed deputy, came to your house?

4         A.   Yes.

5         Q.   And what did he tell you?

6         A.   When I first saw him pull in, my heart sank

7    because I thought, Oh, my God, they found Trenton.   I

8    never, ever anticipated him to tell me that my

9    daughter had died.

10        Q.   Did he tell you how she had died?

11        A.   No.

12        Q.   He just told you that she was dead?

13        A.   Yes.

14        Q.   How long was that conversation?

15        A.   A few minutes.   I was just a wreck.

16        Q.   Of course.   And where was M.E. during that?

17        A.   She was on the deck with me with the kids.

18   We were outside playing.   She was kind of off playing

19   with them.

20        Q.   So she was not there when you were having

21   the conversation with the deputy?

22        A.   She was there but I don't recall whether she

23   was in earshot or not.

24        Q.   Did you ask any questions?

25        A.   I asked him how.

1        Q.    And what did he tell you?

2        A.    He didn't know.

3        Q.    *So there was no other information exchanged*

4    *during that conversation?*

5        A.    Not that I recall.

6        Q.    Did you call your husband at that point?

7        A.    I called my husband.  My first response was

8    to try to put myself together.  I had other people's

9    children there that were my priority at that time.  I

10   tried to -- I remember calling my parents to come and

11   pick up their kids, and I remember calling Jerry's

12   boss at BMW because he wasn't right there and I didn't

13   want to just blurt it to him on the phone.  It took me

14   a few minutes to pull myself together.  I called his

15   boss and told his boss to please have him call me back

16   and told him what had happened so someone would be

17   there for him when it happened.  I don't recall --

18       Q.    Okay.  Did he come home?

19       A.    Yes.

20       Q.    Right away?

21       A.    Yes.  He has about a 40-minute drive

22   depending on traffic.

23       Q.    M.E. testified that after the children left

24   her baby-sitter took her to a carnival.

25       A.    Yes.  I remember the sheriff deputy asking

1    remember if she was there or not.  She had maybe just

2    come in for it.

3         Q.    She testified yesterday that she sat down

4    and watched it with you.  Is she wrong?

5         A.    She could have been.  No, she could have

6    been.  I don't remember.

7         Q.    So it's your testimony today you don't

8    remember the circumstances of M.E. watching?

9         A.    Not that -- not on September 8.

10        Q.    Did you tape the show?

11        A.    No.

12        Q.    Did your husband?

13        A.    No.

14        Q.    So it was not videotaped that night?

15        A.    No.  I had no reason.  I never thought about

16   it.

17        Q.    The reason I asked is you said that you

18   don't remember the circumstances of M.E. watching it

19   that night --

20        A.    No.

21        Q.    -- which suggests to me that she has watched

22   it with you another night.

23        A.    She watched it other times we would have it

24   on.  They were talking about my daughter.  If there

25   was something that was on there -- if it was something

1    like the next night, "Well, watch tonight because

2    tomorrow night we'll have the father on," she watched

3    it.   If M.E. --

4         Q.    So would you tune in tomorrow night and

5    watch it?

6         A.    Yes.   It was about my family.   It was about

7    my daughter.   It was about my grandson.   I had every

8    right to want to know.

9         Q.    So it's your testimony when you would hear a

10   promotion on the "Nancy Grace" show involving Trenton

11   Duckett you would watch that show?

12        A.    Yes.

13        Q.    Because you were interested in seeing

14   because it was your family?

15        A.    Yes.

16        Q.    Why were you interested in seeing because it

17   was your family?

18        A.    It was my family.   It was my daughter.   It

19   was my grandson.   My daughter was gone.   My grandson

20   was missing.   I love him.   I want to know where he is,

21   if they had any kind of -- any clues or anything.

22        Q.    So it was your thought and hope that the

23   show may have been developing information to help find

24   him?

25        A.    Yes.

1          A.    I don't understand your question.

2          Q.    I asked you what your basis was for

3     Paragraph 10 in the Complaint for the allegation that

4     the "Nancy Grace" staff or Nancy Grace knew Melinda

5     Duckett was in a severe state of mental distress --

6     mental anguish and distress.  Do you recall me asking

7     you that question?

8          A.    Yes.

9          Q.    And do you recall your answer was, in sum

10    and substance, any parent would be anguished and

11    distressed at having a child missing?  Do you recall

12    that?

13         A.    Yes.

14         Q.    And do you recall that I asked you about

15    Josh and your testimony was --

16         A.    Yes.

17         Q.    -- Josh was not distressed?

18               My question to you now is, Do you have any

19    other information that would lead you to believe the

20    "Nancy Grace" show or Nancy herself knew that Melinda

21    was in a severe state of mental anguish and distress?

22         A.    Prior to the taping of the show?

23         Q.    Correct.

24         A.    No.

25         Q.    So it's based solely on your view that any

1    mother would feel the way your daughter did and the
2    show would know that?

3        A.    It's based on my view of I know how Mindy
4    felt.  I know by the way Mindy talked to me on the
5    phone.  I know she was extremely distraught.  I know
6    she was very upset that Trenton was missing.  She was
7    doing everything she could to try to find that little
8    boy.

9        Q.    And you were not in any of the conversations
10   between Melinda and CNN or "Nancy Grace"?

11       A.    No.

12       Q.    So you don't know how she expressed herself
13   emotionally or otherwise to them during those
14   conversations?

15       A.    No.

16       Q.    So you do not know based on her tone of
17   voice or demeanor what they knew about her mental
18   state at the time of the taping?

19       A.    No.

20       Q.    Thank you.  Later on in Paragraph 10 there's
21   a reference to outrageous conduct such as severe
22   interrogation, fist-pounding, and veiled accusations
23   that she was responsible for her child's disappearance
24   and death; is that correct?

25       A.    Yes.

1    A.    No one knew.  I mean, no one knew that she

2    had passed away.  It just -- you turn on the TV and

3    you're hearing her voice, you're listening to the

4    interview, you're watching how someone's belittling

5    her and treating her, and then I'm seeing her -- I'm

6    seeing Nancy Grace, I'm hearing Mindy's voice, and

7    then I'm seeing "committed suicide."  It's an awful

8    lot to be thrown at you.

9    Q.    You made the choice to sit down and watch

10   the show; correct?

11   A.    Yes.

12   Q.    You don't know what CNN knew or didn't know

13   about what you knew regarding the circumstances of

14   Mindy's death when that show was broadcast; correct?

15   A.    I did not know.  I did not know how -- I did

16   not know anything about Nancy Grace.  I did not know

17   that she was going to be the one on there.

18   Q.    You don't know what producers knew about

19   what you knew at that time?

20   A.    I don't know -- no.  I just knew that Mindy

21   was going on CNN, it was to help get Trenton's word

22   out, to publicize that Trenton was missing.  For all I

23   know, it could have just been an interview that said

24   this is a little boy, this is the mom on, and that's

25   it.

1    of the cut; correct?

2        A.   Maybe.

3        Q.   Well, I'm asking you, did Melinda or did she

4    not based on what you're reading here?

5        A.   Just from what it said on here, Mindy tried

6    to explain what it was, and yes.

7        Q.   And Mindy did explain?

8        A.   Prior to Ms. Grace saying:  "OK.  I just --

9    so you think the person went in and out leaving the

10   screen on the window."

11       Q.   Okay.  Thank you.  I'll call your attention

12   a few lines down where it says -- Nancy Grace talking

13   -- "OK.  With us, the parents of Trenton Duckett.  He

14   is a 2-year-old little boy out of Florida.  We are

15   analyzing the clues left behind.  Can you help us find

16   this little boy?"  That's also on Page 5.  Do you see

17   that?

18       A.   Yes.

19       Q.   Is that Nancy Grace -- do you read that as

20   Nancy Grace making a direct appeal to the audience to

21   try and help find Trenton?

22       A.   I believe maybe she's saying help us find

23   this little boy, but --

24       Q.   Who's she talking to?

25       A.   The audience.

1        Q.    So she's asking the audience to help find

2    Trenton; correct?

3        A.    Yes.

4        Q.    All right.  Would you look down about six

5    lines down.  Do you see Nancy Grace saying:   "Won't

6    you help...find this little boy, a 2-year-old toddler

7    just learning how to open up the closet in his

8    bedroom, gone from the crib in his home"?  Do you see

9    that?

10       A.    Yes.

11       Q.    Who is -- who do you think the "you" is that

12   Nancy is asking to help find this little boy?

13       A.    The audience.

14       Q.    So is that the second time Nancy has asked

15   the audience for help in finding Trenton?

16       A.    Yes.

17       Q.    Okay.  Thank you.  Would you turn to me --

18   me to the next portion of this transcript that you

19   found offensive.  And just so I'm clear, you pointed

20   to a portion of the transcript around the bottom of

21   Page 4 and the top of Page 5 that you said you have

22   marked on the exhibit we're going to attach to the

23   deposition; correct?

24       A.    Uh-huh.

25       Q.    Is there anything prior to that in the

1          Q.   Is that part of the concern that you have

2     that brought you to bring this lawsuit, was that

3     series of questions?

4          A.   One of them.

5          Q.   Could I direct your attention to the bottom

6     of Page 6, same page we were on.  Do you see the

7     portion where Nancy Grace says at the end of a video

8     clip:  "Can you help us find this little boy, Trenton

9     Duckett, apparently taken from his home in Florida,

10    his mom watching a movie in the next room, between the

11    hours of 7:00 to 9:00 p.m. on a Sunday evening, the

12    window screen found slashed about 10 inches"?  Do you

13    see that there?

14         A.   Yes.

15         Q.   Is that an appeal to the audience to help

16    find Trenton Duckett?  Is that how you read that?

17         A.   I feel part of it is an appeal to find

18    Trenton, but I also feel that the other part of it is

19    inaccurate.

20         Q.   Okay.  Let's stay with the first part.  You

21    would agree with me that that part of that sentence is

22    an appeal?

23         A.   Yes.

24         Q.   Is that, am I counting right, the third time

25    that you and I have looked at an appeal to the

1    audience in this transcript?

2         A.    I don't know if it's the second or the

3    third.

4         Q.    Okay.  If I'm wrong, the transcript will

5    bear it out, but I'll ask you to hold in your head

6    that it is the third time you and I have looked at a

7    portion where you would agree with me that there was

8    an appeal.

9         A.    Okay.

10         Q.    Now, tell me what's inaccurate about the

11    next part.

12         A.    The fact that the window screen was found

13    slashed about 10 inches.

14         Q.    Okay.  What is inaccurate about that?

15         A.    Mindy had previously stated that that screen

16    was cut three sides.

17         Q.    All right.  When you say it was cut three

18    sides, you mean -- can you demonstrate for the camera

19    what you mean by three sides.

20         A.    Down, across, and up.

21         Q.    When Nancy Grace is referring to 10 inches,

22    what do you think she's referring to?

23         A.    Ten inches in the middle.

24         Q.    So you think she was misportraying the

25    screen as having been cut 10 inches in the middle?

1   not to take a polygraph?

2       A.   She told us that, yes.

3       Q.   Did she ever tell that to Nancy Grace?

4       A.   I don't believe so.

5       Q.   Okay.   What's the next portion that you

6   consider to be offensive in this transcript, please?

7   All right.   Before you move on, because I think you

8   flipped, can I ask -- call your attention to Page 8?

9       A.   Uh-huh.

10      Q.   At the top of Page 8, do you see where Nancy

11  Grace at the end of a video clip says:   "Can you help

12  us find this little boy, Trenton Duckett, taken from

13  his own home as he was sleeping"?   And then there's

14  some more discussion about it, and then Nancy

15  broadcasts that there's a $5,000 reward and she also

16  mentions the tip line 1-800-CALL-FBI.

17      A.   Okay.

18      Q.   Do you see all of that?

19      A.   Yes.

20      Q.   Would you agree with me that that is an

21  appeal to the audience to help find Trenton Duckett?

22      A.   Yes.

23      Q.   And alerting the audience, to incentivize

24  them, that there's a reward?

25      A.   Possibly.

1          Q.    And letting the audience know how easy it is
2    to pick up the phone and call the FBI by providing the
3    audience with the FBI's phone number?
4          A.    Yes.
5          Q.    That would be the fourth time, if I'm
6    counting correctly --
7          A.    Yes.
8          Q.    -- in this same broadcast; correct?
9          A.    Yes.
10         Q.    Thank you.  What is the next portion of this
11   broadcast that you find offensive?
12         A.    On Page 9.
13         Q.    Where?
14         A.    Where she was on the defense attorney and
15   they were getting on and saying that Mindy's answers
16   were very elusive --
17         Q.    Uh-huh.
18         A.    -- "and one in particular is she's not
19   working with local police."
20         Q.    This is Defense Attorney David Schwartz --
21         A.    Yes.
22         Q.    -- according to the transcript?
23         A.    Yes.
24         Q.    And so that's not Nancy talking?
25         A.    No.

1    commercials like that.  Where I used to work we have

2    trucks that go out and they're putting flyers on the

3    back of the trucks, laminating them, different things

4    like that.  And even at church we're putting up flyers

5    in the bulletins.

6        Q.   What's offensive about that portion?

7        A.   Ms. Grace asks:  "Where had you been with

8    him that day?"

9        Q.   So wait a minute.  Up until that line you

10   just uttered -- "Where had you been with him that

11   day?" -- the stuff about putting up church flyers,

12   getting the church involved, flyers in restaurants and

13   stores; is any of that offensive?

14       A.   No.

15       Q.   May I direct your attention to the part

16   immediately above that at the end of a video clip

17   where Nancy Grace says:  Welcome back, everybody.

18   Tonight won't you help us find a 2-year-old missing

19   boy out of Florida, Trenton Duckett, reportedly taken

20   from his own home as he lay in his crib, his mom in

21   the next room watching a movie.  With us on the phone

22   is Melinda Duckett.  And then she turns and asks

23   Melinda a question.  Would you agree with me that

24   that's also an appeal to the audience to help find

25   Trenton?

1        A.    I don't feel it's an appeal to the audience
2    when she said he was taken from his crib because,
3    again, he wasn't taken from his crib.  It was clearly
4    stated in the beginning he was taken from a toddler
5    bed.
6        Q.    Okay.  Was this --
7        A.    So she didn't get her facts straight.
8        Q.    She called it a crib instead of a toddler
9    bed.  She was imprecise.  But my question to you was,
10   is that portion an appeal to the audience?  Doesn't
11   she ask the audience --
12       A.    Yes.
13       Q.    -- to help find Trenton?
14       A.    Yes.
15       Q.    That would be the fifth time in this
16   broadcast that she had made a direct appeal to the
17   audience to find Trenton; correct?
18       A.    Yes.
19       Q.    Continuing now, you told me that the part
20   about the church flyers and the flyers in the
21   restaurants is not offensive; correct?
22       A.    Correct.
23       Q.    Okay.  Please continue and tell me the very
24   next part that you consider offensive.
25       A.    Ms. Grace asked her where she had been with

1    him that day.  Mindy had replied back she was

2    basically out driving around.  "There is something

3    about a convenience store.  I don't know where that

4    came into play because wherever (sic) I go out

5    somewhere, you know, I always have gas.  I'm not

6    shorthanded with anything.  I'm always prepared for

7    it..."

8         Q.   Is that portion you just read, that question

9    and answer, offensive?

10        A.   I'm going down to the response.

11        Q.   Okay.  But is that question -- where you

12   just read Melinda's response, is the question Nancy

13   asked and the answer Melinda gave offensive?

14        A.   No.

15        Q.   So it was not offensive for her to ask the

16   question:  "Melinda, where had you been with him that

17   day?"

18        A.   Correct.

19        Q.   Okay.  Please continue.

20        A.   She had said that they had been out, they

21   had all been through Lake County and up into Orange.

22   Ms. Grace asked:  "Doing what?"

23             "Basically just shopping, going around

24   driving."

25             "Shopping where?"

```
 1    not in a clear state of mind at that point.
 2         Q.    In June of 2008?
 3         A.    No.   No, I was very stressed out about some
 4    things.   They --
 5         Q.    Does that accurately reflect what you told
 6    Dr. -- Mr. Caballero?
 7         A.    I don't recall exactly the conversation we
 8    had about it.
 9         Q.    Does it accurately reflect what you told
10    Mr. Caballero?
11         A.    I don't recall.
12         Q.    So it may?
13         A.    I remember having different dreams about
14    things.   I remember having --
15         Q.    But you're not denying that you told him
16    that you were entertaining --
17         A.    I'm not denying it, no.
18         Q.    Okay.
19         A.    But I don't remember -- I went through a lot
20    of different stages of grief.   I went through a lot of
21    different stages of wondering, hearing things that
22    people said she did, second-guessing myself,
23    second-doubting, my God, what if she had done this?
24    Not saying that yes, she did that.
25         Q.    You hadn't seen Melinda in four years by the
```

1    time Trenton disappeared?

2         A.    Correct.  I had spoken to her on the phone,

3    though.

4         Q.    There were a lot of things that she was

5    doing down in Florida that as a day-to-day matter you

6    were not involved with; correct?

7         A.    Correct.  But I also knew how much she loved

8    Trenton.

9         Q.    I'm aware of that.  But she had her own life

10   down there; is that correct?

11        A.    Yes.

12        Q.    So there are a lot of things that may have

13   come out afterwards that you weren't aware of at the

14   time?

15        A.    It's possible.

16        Q.    Are there things you learned about your

17   daughter that you weren't aware of before she died?

18        A.    I had heard about a lot of things, but

19   whether or not they were true, I don't know.  I wasn't

20   there.  I'm not going to say --

21        Q.    Can you name one?

22        A.    Well, like the beer-ponging, for instance.

23   They said --

24        Q.    What is beer-ponging?

25        A.    I have no clue.  I'm dumb to that.