# EXHIBIT 4

# Deposition of Plaintiff Kathleen Calvert

# ESTATE OF MELINDA DUCKETT, ET AL

# V.

# CABLE NEWS NETWORK, LLP, ET AL

# KATHLEEN CALVERT

November 19, 2009

Barbara Perry
PHONE 407-422-2953
FAX 407-422-2990

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 9:00-cv-444-Oc-10GRJ

ESTATE OF MELINDA DUCKETT, by and through her personal representative, KATHLEEN CALVERT, and BETHANN EUBANK and WILLIAM GERALD EUBANK, as legal parents of MELINDA DUCKETT, and as grandparents and next friends of T.D., a child, and M.E., a minor sibling of MELINDA DUCKETT,

    Plaintiffs,

vs.

CABLE NEWS NETWORK, LLP (CNN), a Delaware corporation, NANCY GRACE, individually and as an employee/agent of CNN, various unnamed producers of the "Nancy Grace" show, JOSHUA DUCKETT,

    Defendants.
_____/

November 19, 2009
9:05 O'CLOCK A.M.

The deposition of KATHLEEN CALVERT, taken pursuant to Notice on behalf of the Defendants, at the offices of Holland & Knight, LLP, 200 South Orange Avenue, Suite 2600, Orlando, Florida, before Barbara G. Perry, Registered Professional Reporter, Florida Professional Reporter and Notary Public, in and for the State of Florida at Large.

    Q.  She'd call you on any of those occasions or on any of those moods?

    A.  Uh-huh, yep. There were times when I probably heard more from her than I did from my own kids. So...

    Q.  Understood.

    A.  Yes.

    Q.  Would she call you more often than you would call her?

    A.  Yeah. Probably, yes. I would say so.

    Q.  Did you ever discuss Melinda's cutting with her at any time?

    A.  No.

    Q.  Either before or after she moved to Florida?

    A.  Never.

    Q.  After Trenton was born, are you aware of any encounters between Melinda and law enforcement, before Trenton's disappearance?

    A.  Uh-huh. Yes. There was an incident where something had happened between Josh and Melinda and Carla, if I recall. And they had -- and I'm not familiar with the terms here in Florida, but exactly what it means, but anyway, Mindy was arrested for -- and was Bakerized, Bakered, whatever. Anyway, she was institutionalized for an evaluation -- a psyche

1 evaluation.

2 Well, she called me, it was either on a
3 Saturday or a Sunday morning, and told me she was in
4 the back of the police car and how upset she was.
5 And, you know, she was so upset I had a hard time
6 understanding her.

7 But I did call Beth and Jerry to let them
8 know that she was having a difficult time.

9 And Jerry said that, you know, shortly
10 before I had called him, he had also gotten a call
11 from her. But none of us knew what was going on.

12 And then it was just a matter of a couple of
13 days later that I got another call from her and that
14 she was out. She went into some detail about how she
15 had been arrested and how the Ducketts had had her
16 arrested and that sort of thing.

17 Q. Let's talk about that incident in a little
18 more depth, if you wouldn't mind.

19 A. Sure.

20 Q. As I understand your testimony, she called
21 you from the back seat of a police car?

22 A. That's what she said.

23 Q. She said she had been arrested?

24 A. Yes.

25 Q. And she said that she was going to be taken

Case 5:06-cv-00444-WTH-GJK   Document 166-4   Filed 05/07/10   Page 6 of 15 PageID 2094

103

1  for a psyche evaluation?
2      A. She didn't tell me what she was arrested
3  for. I learned it later.
4      Q. I understand. What did she tell you she was
5  arrested for?
6      A. I asked her that, and she said she didn't
7  know.
8      Q. She said she had no idea why she was being
9  arrested?
10     A. Exactly.
11     Q. Did you ask to speak to a police officer?
12     A. I did not.
13     Q. Did you call anybody that evening to find
14 out any of the detail?
15     A. I called Nancy and Billy, and I don't believe
16 they were home. I did not get an answer. I made the
17 attempt but didn't get an answer. And her cellphone,
18 you know, naturally she didn't respond to the
19 cellphone, so I did not have any way of contacting
20 her. And she and Josh were not together at that
21 time. So...
22     Q. Did you call Nancy -- I'm sorry, you said
23 you called Nancy and Billy?
24     A. I did, and they were not home.
25     Q. And they were not home. And you called Beth

```
 1   and Jerry to report this?
 2        A.   Yes.
 3        Q.   And to your understanding, Jerry had said he
 4   already knew this because she had already called him?
 5        A.   Yes.  Between the time I called him, I had
 6   spoken with Mindy.  Now, whether she called him first
 7   or she called me first, I don't know.
 8        Q.   Did you take any other steps that evening?
 9        A.   I did not.
10        Q.   You were unable to do anything further?
11        A.   I was unable to, I didn't know who to call.
12        Q.   And then what happened very next, to your
13   knowledge, in that incident?
14        A.   The next thing I heard, Mindy was out and
15   she said it had been all just a ridiculous mistake.
16   And -- and she didn't say any more about it.
17        Q.   Did she use the words "ridiculous mistake"?
18        A.   Uh-huh.
19        Q.   So those are her words?
20        A.   Yeah.  And then there was an incident where
21   Trenton --
22        Q.   Well, I just want to stay on that one for
23   another minute --
24        A.   Okay.
25        Q.   -- if I could.  Did she tell you what the
```

```
 1   mistake was?
 2        A.   No.
 3        Q.   Do you know what the mistake was?
 4        A.   I do not.
 5        Q.   She did tell you, though, that the -- if I
 6   understood you earlier, that the Ducketts had had her
 7   arrested?
 8        A.   She did tell me that.
 9        Q.   At what point did she tell you that, in that
10   same after-she-got-out conversation?
11        A.   I don't remember.  She was so upset that the
12   thing that I remember the most that came out the
13   clearest was that she was in the back seat of a
14   police car.  That she was being arrested.
15             Now, whether she said the Ducketts were
16   having her arrested then or not, I don't remember.
17        Q.   But your recollection is that that phrase
18   was used in connection with this incident?
19        A.   Yes.
20        Q.   And you also mentioned that you believed she
21   was being taken to have a psyche evaluation?
22        A.   Well, I found that out later.  That's what
23   they Baker -- Bakerized.  Is it Bakerized or?
24             MR. O'HARA:  Baker Act, ma'am.
25             THE WITNESS:  Baker Act.
```

1   A.  I found that out later.  So...

2   Q.  How did you find that out?

3   A.  That's a good question.  Nancy and Billy may
4   have told me or Melinda may have told me.  I don't --
5   I don't recall.

6   Q.  And you don't know any more specifics about
7   what precipitated her being taken into custody that
8   day?

9   A.  No.

10  Q.  Have you ever heard that it involved a
11  threat to Trenton?

12  A.  No.

13  Q.  That's new information to you --

14  A.  It is.

15  Q.  -- if in fact I'm being accurate?

16  A.  Yes.

17  Q.  And Melinda's --

18  A.  Well, let me interrupt.

19  Q.  Uh-huh.

20  A.  You know, let's backtrack to that.  Mindy
21  told me that at one point the Ducketts accused her of
22  hurting -- being harmful to Trenton and holding him
23  upside down and something like that.

24      Now, whether -- I never -- I have not
25  associated the two --

```
 1        Q.   Together?
 2        A.   -- together.  But, you know, I just put that
 3   out there.
 4        Q.   I appreciate that.
 5        A.   Sure.
 6        Q.   But you don't know if those were related
 7   incidents?
 8        A.   I don't.
 9        Q.   I appreciate that very much.  And Mindy, is
10   it fair to say, downplayed the issue that led to her
11   being taken into custody as not a valid issue?
12        A.   If I recall correctly, Trenton had been
13   taken away from her and put in foster -- a foster
14   care situation.  And she was more concerned about his
15   well-being and getting him back.
16        Q.   But my question was --
17        A.   Yes.
18        Q.   -- her perception of why she was being taken
19   into custody.
20        A.   She was not concerned about it for her own
21   -- you know, she was...
22        Q.   Is it fair to say she felt that this was an
23   issue trumped up by Josh and his family?
24        A.   It's -- if I recall, it happened on a
25   Saturday, and the next day she was released.  And she
```

```
 1   -- but she told me that -- she said, they told me I
 2   shouldn't even be there, there's nothing wrong with
 3   me.
 4       Q.   That's what she told you about the incident?
 5       A.   Yes.
 6       Q.   And do you accept that?
 7       A.   Yes.
 8       Q.   And you don't have any opinion that --
 9   strike that.  We'll move on.
10            What other incidents involving Melinda and
11   law enforcement can you tell me about?
12       A.   The issue of Trenton being taken.  And I
13   believe it was --
14       Q.   Anything prior to that?
15       A.   Not that I'm aware of.
16       Q.   Please continue.
17       A.   Yes.  It was either law enforcement or
18   social services that came in and took Trenton.  And
19   she was very, very upset about that.
20            So that precipitated, you know, a good deal
21   of anxiety on her part.
22       Q.   Do you know the time frame between the time
23   she was in custody and called you and this time
24   you're talking about now?
25       A.   I don't.  And I'm sorry, I wish -- you know,
```

```
 1        A.   Mindy had told me that.
 2        Q.   Did you ever discuss with her about making
 3   plans for her parents to inherit any property that
 4   she might die --
 5        A.   I asked her to just give serious thought and
 6   to reconsider, you know, to think it through.  And
 7   she said she would.  And that's how it came across.
 8        Q.   And that was where you left it with her?
 9        A.   It is.
10        Q.   Did you ever discuss before Mindy died with
11   Beth or Jerry the fact that Mindy had a will?
12        A.   No.
13        Q.   Do you know if they were aware that she had
14   a will before she died?
15        A.   I am not aware.
16        Q.   How did you first come to find out that
17   Trenton was missing?
18        A.   About 11:30 on Sunday, the 27th, 11:30 at
19   night, I received a phone call from Mindy.
20        Q.   That was the night that he went missing?
21        A.   It is.
22        Q.   Would you tell me about that conversation,
23   please?
24        A.   She said, "Aunt Kac, they did it.  They --
25   they --"
```

1   And I said, you know, I was asleep. And so
2   I was a little foggy. And I said, "Wait a minute,
3   slow down. Tell me what happened. What's wrong?"
4   She said, "They took Trenton."
5   And I said, "Who took Trenton?"
6   She said, "The Ducketts. He's gone."
7   And then we -- we talked about the police
8   were there and her grandparents.
9   And I said, "Okay, what -- what can we do?"
10  And she said, all the police told her to do
11  was to start putting out flyers.
12  And so we talked a little more. And then I
13  asked her if she had called her parents. And I can't
14  remember what she told me, but I called Beth and
15  Jerry, anyway. And --
16  Q. Had they heard from her that evening first?
17  A. You know, I can't remember. In the moment,
18  I can't remember what happened, who called who when.
19  Q. Did you only speak to her once that evening?
20  A. That evening, yes.
21  Q. And she told you that she thought the
22  Ducketts had taken Trenton?
23  A. Yes.
24  Q. Did she specify which Ducketts?
25  A. No. Just the Ducketts.

1    Q.  Let me just ask you this:  At the beginning
2  of Ms. Eubank's deposition, your sister's deposition,
3  we were provided by her counsel, Kara Skorupa, a
4  bunch of photographs, disks and photographs that we
5  had not seen before, a lot of family photos, pictures
6  of Melinda's certificates from both Florida and New
7  York.  Did you have anything to do with the creation
8  of these disks?
9    A.  I did not.  Beth is very much into
10 scrapbooking, and so she put that -- those together.
11   Q.  So you wouldn't have any knowledge about
12 these specific sets of photos or anything?
13   A.  I don't think so.
14   Q.  Good, okay.  I'd like to ask you about, you
15 told me that you had no communications with Kimberly
16 Schulte until after Melinda died; is that correct?
17   A.  Yes.
18   Q.  Tell me about your communications with
19 Kimberly after Melinda died.
20   A.  Well, I contacted Kimberly because I was at
21 a total loss.  First of all, I didn't know what the
22 term "Personal Representative" meant, because in
23 Virginia we use Executor and in New York we use
24 Executor, so she explained it to me.
25         She was as -- you know, and we talked about

```
 1    the situation, she was as upset about it as anyone
 2    who had worked very closely with someone could be.
 3         Q.   What was that discussion about the situation?
 4         A.   I told her that -- well, we talked about the
 5    suicide, I never would have expected -- I didn't see
 6    this one coming.  And I work with kids who are
 7    emotionally disturbed.
 8              And I said, I honestly did not see this one
 9    coming.  I saw Mindy as being strong and she'd get
10    through this.
11              And Kim Schulte said the same thing.  She
12    said she was a very strong and resilient girl.
13         Q.   All right.  To be clear, you were telling
14    Kim that at no point did you believe Melinda was
15    suicidal?
16         A.   Correct.
17         Q.   And Kim was reflecting the same thing back
18    to you?
19         A.   Yes.  Yes.
20         Q.   All right.
21         A.   Okay.  And then we talked about the will
22    and, as Executor, my responsibility.  And I asked her
23    if she would handle whatever had to be done.
24         Q.   Who initiated that call?
25         A.   I did.
```