# EXHIBIT 5

Deposition of Kimberly Schulte

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO:   5:06-cv-444-WTH-GRJ

ESTATE OF MELINDA DUCKETT, by and
through her personal representative,
KATHLEEN CALVERT, and BETHANN and
WILLIAM EUBANK, as legal parents of
MELINDA DUCKETT, and as grandparents
and next friends of T.D., a child and
M.E., a minor sibling of MELINDA DUCKETT,

       Plaintiffs,

vs.

CABLE NEWS NETWORK LLLP (CNN)
a Delaware corporation, NANCY GRACE,
individually and as an employee/agent
of CNN, various named producers of
the "Nancy Grace" show,

       Defendants.
_____/

DEPOSITION OF:
KIMBERLY SCHULTE

Taken on behalf of the Plaintiffs

DATE:    December 21, 2009
TIME:    9:35 o'clock a.m.
PLACE:   Kerr & Associates
        614 N. Sinclair Avenue
        Tavares, Florida   32778

Examination of a Witness Taken Before:

Judith Crittendon, R.M.R.
Kerr & Associates
Post Office Box 265
Tavares, Florida  32778
(352)  742-3144

```
 1   making wills.  Also a little bit of property, but I backed
 2   off that because I'm not up to speed on the new HUD 1.
 3   So until I get up to speed on that, I stopped that.
 4              And also Special Master for code enforcement for
 5   the City of Leesburg.  And also I was until recently for
 6   Center Hill.
 7       Q     Center Hill?
 8       A     Yes.
 9       Q     Code enforcement?
10       A     Yes.
11       Q     Did you ever have any contact with the Duckett
12   family other than, and we going to get into Melinda
13   Duckett, have you ever represented Josh Duckett or his
14   mother or his father, anybody like that?
15       A     No.  Well, no.  Because there is, I believe the
16   stepfather, Kevin, I'm not sure if that's right.
17       Q     I'm not sure if that's the name or not.
18       A     And then his father in jail.
19       Q     Jail?
20       A     No.  Neither of them.
21       Q     And can you tell us the first time that you met
22   Melinda Duckett?
23       A     Oh, gosh.  It was approximately, I think it was
24   the beginning of May.  Maybe it was three years ago, three
25   or four years ago.  I remember it was in May because I
```

17

1    think it was the end of April she had been Baker-Acted, and

2    then her grandparents contacted me and asked if I would

3    represent her once she had been released.

4              So then I had her come into my office, and then

5    I met with her to discuss what had happened.

6         Q    Can you tell us about, you have some familiarity

7    with the Baker Act?

8         A    Some, yes.

9         Q    Tell us what that generally involves?

10        A    Generally what happens is when someone,

11   generally a physician, a psychologist, now I believe a

12   mental health therapist, counselor, police officer, when

13   they believe that you're a danger to yourself or to others,

14   that they can have -- they have the power to have you

15   placed into a facility where you can be placed up to 72

16   hours.

17             And then additional steps need to be taken to

18   hold you there.  There is different types of facilities.

19   There is a receiving facility and I think treating

20   facility.  It's been a little while since I reviewed that.

21             But there is different stages they have to go

22   through.  So after a period of time, I think the 72 hours,

23   then you have to have some additional treatment, order for

24   them to stay, and then additional time.  Once that time

25   passes, then additional authority to keep them there.

1          Q      What is your understanding as to Mindy's Baker
2     Act back in 2000, I believe it was 4 or 5?

3          A      Okay.  What happened was, my understanding is
4     that she and Josh had -- they constantly argued and always
5     arguing.  They were the typical teenagers.  They'd pick up
6     the phone and call and da-da, and hang up on one.  And then
7     the other one would call back and then they'd da-da, and
8     then that person would hang up.  And they'd be calling
9     back.

10          Well, that happened on this particular night.
11     However, Josh was with his friends in Bushnell, and one of
12     his mother's friends was the Chief of Police, I can't
13     remember her name, but Chief of Police for Bushnell.  And
14     she just happened to be there.

15          And Josh then called Melinda again, and this
16     time I guess he put her on speaker phone, and then there
17     was some confusion or some allegations that only his
18     speaker phone would work and that's why the Chief heard.

19          And so now Melinda is on speaker phone.  Now
20     she's really upset because before all of this the two of
21     them had gone back and forth, back and forth.  And the
22     chief heard Melinda just really upset.  And the Chief then,
23     I guess, called one of her officers and said, find her,
24     she's got the baby, and I need you to stop her.  And let's
25     take her and we're going to have her Baker-Acted.

19

1    So somewhere along those things the decision was
2  made to have her Baker-Acted and take the baby.  The baby
3  was taken, given to Josh, and Melinda was Baker-Acted which
4  is at Lifestream.

5    And then she wasn't kept for the entire 72
6  hours.  I believe it was within 24 hours she was released.
7  And then that's when she came to my office.

8    Q    Do you know by any source what she said to the
9  Police Chief at the time on the speaker phone?

10    A    Yes.  She wasn't talking with the Chief.  She ws
11  talking with Josh.  She wasn't aware that --

12    Q    The Police Chief heard?

13    A    Yeah, or that there was this group of people
14  with Josh.  And so I don't know.

15    Q    Let me rephrase the question better then.  Do
16  you know from any source what Melinda said on the speaker
17  phone, or what somebody has even alleged that Melinda said
18  on the speaker phone, that causes -- that the Police Chief
19  might have overheard?

20    A    Something I think to the effect that, I can't
21  take this anymore.  I'm done with you, and arguing, and I'm
22  just done with this.  To the effect that not she was like
23  going to kill herself, but the fact she was just sick and
24  tired of Josh and his arguing.  And she just wanted to be
25  left alone.

1    And I think she was trying go to back to her

2    apartment.  I think that's when the police stopped her.

3        Q    Do you know -- go ahead.

4        A    But that's what happened.  The problem is that

5    when she was saying that, it was -- because the Chief

6    didn't hear all of the prior conversation between the two

7    of them, the Chief heard that and she took that to mean

8    that Melinda was now suicidal, and that's why the Chief

9    acted, I believe, the way she did.

10       Q    What was the Chief's name?

11       A    I don't remember.  I can remember what she looks

12   like but I can't --

13       Q    Was this the Chief of Leesburg?

14       A    Oh, no, of Bushnell.

15       Q    Which one?

16       A    Bushnell.  That's where Josh's mom had a flower

17   shop.

18       Q    Still does or something, doesn't she?

19       A    I don't know.

20       Q    So you met Mindy at your office?

21       A    Yes.

22       Q    And that was approximately when?

23       A    That day after she -- that day she got out.

24       Q    The day she got out after being Baker-Acted?

25       A    Yes.  I think it was April 30 or May 1st,

1      something along those lines.  I remember it was -- I mean I

2      know it was the day she got out.

3              Because then I believe that there was a court

4      hearing very soon, if not the next day, if not for the DCF

5      hearing it was a paternity case.  Because Josh and his

6      attorney, Mary Hatcher, had filed an emergency motion for

7      temporary custody.  And that was before Judge Hallman, I

8      believe.  Yes, it was Judge Hallman.

9          Q     And when you met Mindy or Melinda take day --

10     you call her Mindy or Melinda?

11         A     Melinda.

12         Q     When you met her at that time, what impressions

13     did you have?  Upset?

14         A     She was just not the type that really emoted.  I

15     mean she just wasn't that type of person.  She was always

16     like, I want a plan.  I know -- I want to know how we're

17     going to do this and tell me now.  And it was always, we

18     need to get it done.

19              I mean it was just like there was no crying,

20     there was no tears.  I don't think I ever saw her cry

21     through all of it.  She was always just like, this is what

22     we have to do.  You tell me.  I need to know what we're

23     going to do, and what's the next step.

24              *So yes, there wasn't any, oh, I'm so sad or*

25     anything like that.  What are we going to do, and I want my

1    baby back.  How are we going to do it.

2         Q    All right.  And at that time so on or about

3    April 30th, you entered into a professional relationship

4    with Melinda?

5         A    Yes.

6         Q    Where you were her attorney and she was a

7    client?

8         A    Yes.

9         Q    And you continued that professional relationship

10   up basically until she died?

11        A    Yes.

12        Q    Okay.  And can you tell me what was the next

13   course of action that you undertook for her?

14        A    I believe I filed a motion of appearance and

15   then went to the hearing for the paternity case.  And we

16   had the hearing and then Josh's attorney prepared an order.

17             I remember that the order was not correct, and

18   then we went back and forth about what the correct language

19   should be.  And then eventually I just sent it to the

20   judge with the objections.  And then the judge finally

21   entered an order.

22             The order was placing the child with Josh, and

23   then we also then had -- there was DCF hearings that began

24   at that point.

25        Q    And I represented her at the DCF hearings?

30

1  attorney, the amount that she was charging him and other

2  things.

3          And so I said, okay, I would prepare an

4  agreement and paternity.  And so I said fine, I'll prepare

5  it.  So I prepared it and gave it to Melinda, and she had

6  Josh review it.  They both reviewed it and they both signed

7  it.  And then I believe, I'm pretty sure that it was filed

8  with the court.

9          Then understand that the paternity case was a

10 separate action.

11     Q    Was he contesting paternity?

12     A    No.  Because he had filed the paternity action

13 to establish paternity.  But and then also to obtain

14 custody.  But because DCF had filed their action, DCF has

15 their jurisdiction trump paternity case.  So as long as the

16 DCF case had open jurisdiction, nothing could be done as to

17 custody in the paternity case.

18     Q    All right.  And help me.  I'm not a fmaily

19 lawyer in that respect.  But Mindy wasn't contesting Josh

20 as the father?

21     A    No.  No, she was not.

22     Q    All right.

23     A    But you have to file a paternity action. and to

24 establish paternity and then to -- that's under 742, and

25 then under 742 you have to take it under 61 to establish

1    what used to be called primary residential responsibility

2    and then visitation.  So that's what happened.

3        Q    You hve to get to that before you can get to

4    visitation and custody issues?

5        A    Correct.  Because there had to be a legal

6    determination that he was the father.  Not that either of

7    them were contesting it but that it had to be -- he had to

8    do that.

9        Q    Sanctioned by the court, so to speak?

10       A    Correct.  And once that was done, so there was

11   never a contest about that.  But because DCF was involved,

12   now DCF says, okay.  Well, you-all can't make this decision

13   on your own.  We're going to make that decision for you.

14            And so that's why we we're waiting is for DCF to

15   get out so that we can then, hopefully the two of them can

16   work something out between themselves.  But they decided to

17   work something out between themselves while DCF was still

18   going on, so that when the DCF case stopped, then they

19   would have this agreement in place.

20       Q    Okay.

21       A    And so why that's significant is because then

22   the next DCF hearing in front of the judge, we're all

23   standing there, and because now Josh and Melinda are

24   getting along and it seems like everything is great --

25       Q    This is about May of 2006?

1          A       I honestly don't remember.  Probably sounds
2     about right.

3          Q       I think there is a breakdown later in June?
4          A       No, I think it was more like June.  End of May,
5     beginning of June.  And so we're in court, we're all there,
6     Josh and Melinda are getting along.  We're standing there,

7                   The Guardian ad Litem is sitting in the jury
8     box, and she stands up and she says, well, Your Honor, I
9     think it's important for you to know that over the weekend
10    Josh and Melinda got married.

11                  Well, that was just absolutely shocking to me
12    because I wasn't informed that they had been married.  I
13    mean here they had just came to my office and ask me to
14    prepare the paternity agreement, there was all the outline
15    and --

16         Q       And you're in court?

17         A       I'm in court and this is not the type of news
18    you want to get in court.  So okay, I'll tell you this
19    right now.  I was like -- and I looked and also I reached
20    down and I grabbed Melinda's hand, her left hand which was,
21    if she had a ring on it, I pulled that up and sure enough
22    there was a ring.  Okay.

23                  Not the type of thing I want to learn in court.
24    So, you know, we finished the hearing and I remember then
25    we walked outside, and I said, I'm going to talk to

37

1    Melinda would call and say, he still hasn't paid me.  And I

2    would contact his attorney and say, listen, you know, he

3    hasn't paid.  Can you talk to him and ask him to send her a

4    check.

5             So there had to be a period of time before that

6    that he hadn't paid, and that the order had been

7    established.

8        Q    All right.  As we went through, go through the

9    summer of 2006, and through August of 2006, what were your

10   dealings with Mindy at that time?

11       A    I believe in July what happened was she got an

12   e-mail, and she said it was from Josh's account.  It wasn't

13   his normal account but another account.  And I remember it

14   had some, you know, pretty nasty language in there, and

15   then threats against her that he was going to kill her and

16   he was going to either kill the baby or take the baby.

17            And so then what happened was we had an

18   injunction hearing, and that was in front of Judge Nacke

19   over in Lake County.

20            Then what happened Mary Hatcher came over again

21   representing Josh, and so we went in and --

22       Q    You're going a little fast now.  At this point I

23   want to slow down and ask you a couple of questions.  Did

24   you ever see the e-mail?

25       A    I did, yes.

38

1    Q    Do you have a copy of that in your file?

2    A    I do.

3    Q    Can I request that?

4    A    All right.

5    Q    And I want to say August 6th or maybe it was

6    July, but in any event, the e-mail was somewhere in July or

7    August of 2006, correct?

8    A    Yes.

9    Q    And that e-mail did say something to the effect

10   that threatening Melinda's life and threatening either to

11   either harm the baby or take the baby, being Trenton?

12   A    Correct.

13   Q    And based on that e-mail, and your meetings with

14   Melinda, Melinda upset that that e-mail?

15   A    Yes.

16   Q    And based upon that e-mail, was it your

17   professional decision you need to go in to court?

18   A    And get an injunction, yes.

19   Q    And get a -- was it a TRO, was it?

20   A    Basically, yes, a domestic violence injunction.

21   Q    Okay.  Domestic violence injunction to keep him

22   away from her and the baby?

23   A    Correct.

24   Q    And that was advice, and your advice to Melinda,

25   and she agreed with that?

53

1   screen and what he was wearing and all of that at that

2   time?

3        A    No.

4        Q    Did you attend any -- what happened next?  Did

5   you attend any police investigative questioning?

6        A    I believe I had a message that there was a --

7   they wanted to do a news conference, police thing down at

8   the Police Department.  And Captain Rockefeller was there

9   and all the news crews were there.

10           And we went inside.  Melinda asked for me to be

11  there, and we were there, and Captain Rockefeller said,

12  we're going to go outside and we're going to talk to --

13  make a statement.

14           And Melinda says okay, I'm going to go out and

15  make a statement.  And she's like, I'm going to be brave.

16  I'll go out there.  And I'm thinking be brave?  Your son

17  has just been taken, you know.  And you know --

18       Q    Was she referencing being brave to being in

19  front of cameras?

20       A    Yes.  It was just -- this sounds horrible but I

21  mean, I was thinking, I mean the back of my mind, be brave?

22  You don't want to be brave.  You don't want to put on this

23  strong face because you're going to automatically be

24  assumed to be the one that did something.  You've got to go

25  out there and show some emotion.  But Melinda is like, no,

54

1    that's just not me.  I'm not going to go out there and

2    break down in front of the cameras.  And I'm like, oh, my

3    God.

4         Q    So you advised her to show whatever emotion you

5    have?

6         A    I am just like, just be yourself.  And that

7    probably was the wrong thing because she was never really

8    emotional.  She was just like, this is just what we're

9    going to do.

10             And so she goes out there and I remember, I'm

11   pretty sure she had like a little teddy bear or one of his

12   little toys, and she's standing next to Captain Rockefeller

13   and they're talking.

14             And I didn't go outside.  I stood inside and

15   looked in front of the door, and I remember seeing her and

16   thinking, oh, my God.  She's showing no emotions.  And then

17   they came back in, and she is like, how did that go.  And

18   I'm like, okay.

19        Q    Let me ask you a question.  You're talking as a

20   lawyer in terms of advising your client, and I say this

21   with all due respect; you don't have a psychology degree?

22        A    No.

23        Q    So would it be fair to say you can't have -- you

24   don't know whether she was actually just completely bottled

25   up inside or whether she was so emotional she was ready to

55

1   snap or anything at that point?

2       A       But Melinda is always bottled up.  She just

3   never really showed any emotion.  There was times when she

4   would get angry and demand that things be done.  But she

5   wasn't the type that would cry or show upset.

6               And then I didn't want her to be Miss Strong.  I

7   mean we've all seen those TV interviews where the people

8   look strong and you automatically think, she did it.  And I

9   wanted her to show some emotion.  But she's like, that's

10  just not me.  I said you've got to show some emotions.  And

11  after when she came in, I was just like, oh, my God.  I

12  don't think that went very well.

13      Q       They didn't ask her questions in that initial

14  interview, did they?

15      A       I think they did.  I think that she made a

16  statement and may have answered one or two questions.  That

17  woman -- I don't want to --

18      Q       Marilyn Aciego?

19      A       Aciego?  I don't know.  I don't want to --

20      Q       Am I pronouncing it right, Aciego?  A-C-I-E-G-O.

21  Does that ring a bell at all?

22      A       No.  Michelle maybe from one of the news, one of

23  the people that goes out in peoples' homes and stuff.

24      Q       But you were consulting with Melinda about how

25  to conduct herself in front of the press?

56

1          A      Afterwards, right.  I was trying to get her to

2     show some emotion, and she just felt that she couldn't do

3     that at this point in time.  She just was -- I don't know

4     -- like too afraid to do that.

5               And but I was just more concerned about the

6     image she was giving to the public.

7          Q      Did you want her to go in front of the press to

8     show that Trenton was missing?

9          A      At that point I think so.  It was -- that's what

10    the police wanted her to do.  So I was thinking, well, the

11    police know what they're doing and, you know, they know

12    what they're doing.  Let her, you know, do what the police

13    want her to do.

14         Q      Had they had any photographs in that initial

15    interview, of Trenton?  I know you said he had a teddy bear

16    with her.  Do you know if she had a photo of Trenton at

17    this point?  I'm going to show actually what we're going to

18    mark as Exhibit 2 and 3.

19         A      I think so.  But it as though that Captain

20    Rockefeller was holding up something.  I'm not 100 percent

21    certain of it.  It seems like he was holding up something.

22                     (The documents were marked as Plaintiff's

23             Exhibits Number 2 and 3 for identification.)

24    BY MR. DERATANY:

25         Q      I'm going to show you what are two photographs

71

1    was she getting progressively more upset at the fact that

2    the police and the newspapers were, as you said, following

3    her?

4              MS. MERCIER:  Objection.  Leading and suggesting

5         answers.

6              THE WITNESS:  Yes.  It was -- this is how.  Let

7         my try to describe it this way.  It was like she was

8         prey and it was a pack of wolves.  That's how it was.

9              She was like this little rabbit and it was this

10        pack of wolves that was after her.  And they weren't

11        nice wolves.  They were ravenous wolves.

12             Everywhere she went, someone was trying to get

13        something out of her or something from her.

14   BY MR. DERATANY:

15        Q    Did you consult with her at that time during

16   this time period, you know, don't talk to the press, don't

17   answer questions?

18        A    Yes.  You know, just try and stay home.  Just do

19   that.  But her concern was trying to find Trenton.

20        Q    So she wanted to show pictures of Trenton?

21        A    She wanted to get out there and look for him

22   herself.  She just thought she could find him.  And, you

23   know, but then she's putting herself in that situation

24   where she's opening herself up to all the people following

25   her.

72

1    Q    Because she's showing, she's passing out the

2    Exhibit 2, and going to the different places to try to

3    showcase her son's picture?

4    A    Right.

5    Q    And so the people can see?

6    A    Right.  She wanted to find Trenton.  She wanted

7    to get his picture out there.  She wanted to get more

8    exposure.

9    Q    How do you know that?  Did she tell you that?

10   A    Yes.

11   Q    Did she tell you the purpose of talking to the

12   press or the focus of her talking to all these folks was to

13   find out where Trenton was?

14             MS. MERCIER:  Objection.  Again leading.

15             THE WITNESS:  Yes.

16             MR. DERATANY:  This is a deposition.

17             MS. MERCIER:  You can use it in court but it's a

18        leading objection.  I need to make the objection on

19        the record.  Thank you.

20             MR. DERATANY:  I'm entitled to continue to

21        answer whether it's leading or not.

22             MS. MERCIER:  I'll continue to respond.

23             THE WITNESS:  At this point, Melinda's sole

24        mission was to find her baby.  That's what she wanted

25        to do.  So any avenue that she felt could help,

1          that's what she was willing to do.

2     BY MR. DERATANY:

3          Q     What was her -- from your observations of her --

4     strike that.  Eventually did you have a communication with

5     somebody from CNN?

6          A     Yes.

7          Q     Do you know approximately when that was?

8          A     It was maybe, I want to say like Monday or

9     Tuesday, somewhere along there.  It was just a couple of

10    days before the interview, if I'm correct.  And I honestly

11    don't know.

12         Q     If I said to you and show to you a memorandum

13    from September 6th, 2006 -- well, you said a couple of days

14    before the interview?

15         A     Yes.

16         Q     Talking about the Nancy Grace interview?

17         A     Yes.

18         Q     We know that was September 7th, 2006, correct?

19         A     Yes.

20         Q     And did you speak with -- and on that day did

21    you speak with a man or a woman?

22         A     A woman.

23         Q     Did she identify herself as a Keren Schiffman?

24         A     I don't remember.  Sorry.  I don't remember the

25    name.  I just remember it was a woman.

74

1     Q   How did she -- was the communication by

2 telephone?

3     A   Yes.

4     Q   And did she call your office?

5     A   Yes.

6     Q   And did she call -- I remember reading the

7 number?

8     A   352 787-7799.

9     Q   Did you answer or did somebody else answer?

10    A   Oh, my secretary at the time answered.

11    Q   What's your secretary's name?

12    A   At the time it was Tammy.

13    Q   Tammy?  Do you know Tammy's last name?

14    A   I think it was Hicks.

15    Q   H-I-C-K-S?

16    A   I believe so.

17    Q   And did Tammy, do you know, have you ever spoken

18 to Tammy about what this woman from CNN told Tammy?

19    A   No.  I don't believe.  I might have but I don't

20 remember.

21    Q   And when you say it was a woman, is there any

22 other -- when you picked up the phone, did she identify

23 herself?

24    A   She probably did.  I just don't remember her

25 name.  I just remember it was CNN.

75

1     Q     And how do you know?  Did she say she was from

2   CNN?

3     A     Yes.

4     Q     Did she say that she was from the Nancy Grace

5   show?

6     A     Yes.

7     Q     So what did you know about the Nancy Grace show

8   before that time period?

9     A     It was a woman with blonde hair that did

10   interviews.

11     Q     And that was all you knew?

12     A     Pretty much.

13     Q     You didn't yourself watch the show, I take it?

14     A     No.

15     Q     And you didn't know the type of show it was?

16     A     No.

17     Q     You just knew it was a show, a woman who

18   interviews people?

19     A     Right.

20     Q     What did this woman say after she Identified

21   herself as being from the Nancy Grace show, and asked you

22   and talked to you?

23     A     That she would like to help find Trenton, that

24   they were interested in speaking with Melinda to do a

25   picture show; that they wanted to get Trenton's picture out

76

1    there to help and try to find him, and wanted to speak with

2    Melinda to see if she would be interestd in doing that.

3        Q    Did the woman from CNN, Nancy Grace show, ever

4    state that they were going to conduct an interview of

5    Melinda and ask her questions about where she was on the

6    night of Trenton's disappearance?

7        A    I don't believe so.  You know, but is it

8    possible?  It's possible, but I don't believe so.  I mean

9    it was -- the emphasis was a picture show.  We wanted to

10   help you find Trenton.  We want to do a picture show.

11       Q    Let me ask you this.  Based upon what your

12   stating, is it your best recollection as you sit here

13   today, that they did not state that you were -- that the

14   purpose of Melinda going on the show was to be interviewed

15   or questioned about where she was?

16       A    That wasn't my understanding.  It was a picture

17   show to help to try find Trenton.

18       Q    Did the woman from CNN use the term picture

19   show?

20       A    Yes.  It was definitely picture show.

21       Q    You say definitely.  Is that your clear

22   recollection?

23       A    Yes.  It was a picture show.  They wanted

24   pictures, to put pictures on the show to help to try to

25   find Trenton.

1        Q        If you had known -- did you ever see the episode

2    later?

3        A        No.

4        Q        To this day have you seen the actual episode?

5        A        No.  I just heard horrible things about it and I

6    can't watch it.

7        Q        If you knew -- well, strike that.  Anything else

8    said at that time?

9        A        I'm sorry.  What?

10        Q        Was anything else said in that phone call?  Did

11    this woman from CNN say anything else other than she wanted

12    to do a picture show to showcase that Trenton was missing?

13        A        They wanted to try to help find Trenton.

14        Q        That's what they told you; that we want to help

15    find Trenton?

16        A        Right, and they wanted to speak to Melinda and

17    get his picture out there.

18        Q        And did you identify yourself as Melinda's

19    attorney?

20        A        Yes.  That's the reason why they're calling me

21    to get to Melinda.  And I said I would call Melinda and ask

22    her about this.  And I'll give her your number.  And if she

23    wants to, you know, I'll have her get in touch with you.

24        Q        And so you were basically as her attorney,

25    continuing to act as her attorney at this point?

78

1      A    Yes.

2      Q   And did you make any recommendation to CNN based

3 upon what they told you that, okay, I'll call Melinda?

4      A   Oh, I said I'd pass along the information.

5      Q   Let me ask you a question.  If they had told you

6 that they were going to ask probing questions about where

7 she was that night and/or ask you -- strike that.  Let me

8 rephrase the question.

9         Had the woman from CNN on or about September 6th

10 or 5th, asked you about whether or not she could ask

11 Melinda questions about where Melinda was in the night of

12 Trenton's disappearance, would you have indicated -- would

13 you have said that you would pass that information on to

14 Melinda, and say you could go ahead and talk to that

15 individual?

16         MS. MERCIER:  Objection.  Speculation.

17         MR. DERATANY:  It's not speculation at all.

18      It's based on attorney-client relationship.

19         MS. MERCIER:  You're asking if something

20      happened.  The witness hasn't testified.

21         MR. DERATANY:  Certainly, I can certainly ask

22      based upon a reasonable degree of -- based upon her

23      skills as an attorney what would she have consulted,

24      especially given the fact that she advised her not to

25      give a lie detector test.  So I can certainly ask

79

1        that question.

2                MS. MERCIER:  Objection.

3                THE WITNESS: ' Okay.  Because as an attorney,

4        it's my understanding that I have an ethical

5        requirement to explain or speak with my client about

6        anything that's mentioned.

7                So again, I would, even under those parameters,

8        I would have said to Melinda, this is their offer.

9        This is what they want to do, to ask you probing

10       questions.  But they didn't ask me if they were going

11       to or tell me they were going to ask probing

12       questions.  They didn't stay that.

13               I know there was no, you know, we're going to go

14       into detail about where she was or anything of that

15       nature.  That I know for a fact none of that was

16       mentioned.

17               So I would have -- I felt, you know, I still

18       feel that it was my obligation.  It's like settlement

19       offers.  You have to pass along all settlement

20       offers.  So I would have given information to Melinda

21       like I did this time.

22               But I would have done the same thing as I did

23       then, and advise her not to go on this show. I

24       advised her not to go on this show.  I just -- I

25       didn't have a good feeling about it.  I haven't seen

1      the show.  But I just did not have a good feeling

2      about it.

3          You know, they didn't say they were going to ask

4      probing questions.  It was a picture show to try and

5      help to find Trenton. That's what it was.

6          But I just -- I told Melinda I didn't think it

7      was a good idea.  But Melinda, she was concerned.

8          She wanted to find her boy.  That was her main thing.

9          If it will help me to find Trenton, I want to do it.

10    BY MR. DERATANY:

11        Q    Was there anything, before we leave the actual

12    conversation that you had with the producer and the

13    individual from CNN, Nancy Grace show, was there anything

14    else said other than what you told us?

15        A    Not that I recall.  I just -- there may have

16    been, I just don't remember anything else.  I just remember

17    them wanting to help find Trenton and it being a picture

18    show.

19        Q    And clearly they emphasized to you it was a

20    picture show?

21        A    That was the emphasis.  That was the purpose.

22        Q    And you said you had a bad feeling.  But if they

23    would have told you that it was -- that they were going to

24    ask probing questions about where she was and demand to

25    know where she was that night and why Melinda wasn't

1    telling Nancy Grace where she was that night, as an

2    attorney and her attorney advising her in a capacity as

3    attorney, would you have given strong advice to Melinda not

4    to go on the show?

5              MS. MERCIER:  Objection.

6              THE WITNESS:  Yes.  And again, I told Melinda I

7         didn't think this was a good idea to do this.

8    BY MR. DERATANY:

9         Q    Would your advice to not go on the show be even

10   more stronger such as you did with the -- such as what you

11   did with the -- you said you were very strong and you

12   talked about how strong you were with the detective about

13   the lie detector test.  And you said to Melinda and you put

14   your hand out, told us that you put your hand out and said

15   no, do not give a lie detector test.

16             Would you have, had you known the type of

17   questions that they intended to ask on the show, would you

18   have told Melinda, no, do not go on that show?

19             MS. MERCIER:  Objection.  Speculation.

20             THE WITNESS:  I would have told her no.

21   BY MR. DERATANY:

22        Q    Okay.

23        A    Yes.

24        Q    Was there any other conversation you had with

25   any CNN employees?

82

1     A     Before?

2     Q     At any time?

3     A     At any time?

4     Q     That you told us.  Before her death I am talking

5  about.

6     A     No.

7     Q     Did you have any knowledge that Nancy Grace was

8  once a prosecutor or lawyer?

9     A     Not beforehand, no.

10    Q     All these questions are beforehand.  And with

11 regard to -- you understood there to be an ongoing criminal

12 investigation into Trenton's disappearance at this point?

13    A     Correct.

14    Q     And you understood that there was certainly a

15 possibility that he could either be missing or killed?

16    A     Right.

17    Q     And you would have -- would you have advised

18 Melinda to -- strike that.  Did you have an understanding

19 that at that time, that Melinda was at least a person of

20 interest?

21    A     Yes.  Well, not directly from the Police

22 Department.  The Police Department wasn't giving me

23 correctly any information.  But you just knew, I mean.

24    Q     Well, the --

25    A     Right.

83

1      Q      Right.  Obviously the conduct of the police
2    officer at the first interview where he was in your face,
3    did that indicate to you as a lawyer that Melinda is
4    certainly a person of interest?

5      A      Oh, yes.  Yes.  And that's -- at that point
6    that's why I got in contact with the criminal attorney.

7      Q      And even though she wasn't hiring that criminla
8    attorney, you continued to act as her attorney during this
9    time period?

10     A      Right, but not in a criminal capacity.

11     Q      All right.  But would you agree that during this
12   time period, if anybody was going to be questioning Melinda
13   about her whereabouts or what happened to the child or the
14   specifics of where Trenton was, you would want either
15   yourself or a criminal attorney to be present?

16     A      I would want a criminal attorney to be present.
17   Because it is now in the criminal arena.  And someone with
18   experience, not just a little bit of experience but a lot
19   of experience in these types of situations to handle this
20   case.

21           And that's why I contacted one of the best, if
22   not the best in this area or got in contact with him to
23   handle this case.

24     Q      And you did not want Melinda to be questioned
25   alone or questioned without counsel?

84

1     A     No, not at all.  She, you know, the pressure put

2  on her by the public and the press was outrageous.  And she

3  had asked me if there was anything to do to stop them and,

4  you know, as long as -- from what I recall, as long as

5  they're on public property, she couldn't do anything to

6  keep them away.

7         But when she was at her grandparents' home, the

8  grandparents could say, keep off my property.  So she -- it

9  was just it was hard on her.  I mean it was just very hard

10  on her to put up with all of this.

11    Q     Did -- do you believe, knowing what the or

12  understanding what the questions were asked of Melinda at

13  the CNN, on the CNN show on September 7th, and knowing what

14  you know of now about the questions that were asked of

15  Melinda, do you believe that the CNN representative that

16  called you a few days before and represented to you that

17  the reason for the show was a, quote, picture show and to

18  help find Trenton, do you believe that CNN misrepresented

19  or CNN Nancy Grace misrepresented themselves to you?

20         MS. MERCIER:  Objection.

21         THE WITNESS:  I don't think they were actually

22       100 percent honest.  I think that maybe they wanted

23       to help find out.  But see, like I said before, I

24       haven't seen the show.  I didn't watch it then.  I

25       haven't watched it since.

```
 1            Maybe the interviewer just got out of hand.  I
 2        don't know.  Like I said, I haven't watched it.
 3        Maybe she forgot what she was doing and slipped back
 4        into her prosecutorial role.  I don't know.
 5   BY MR. DERATANY:
 6        Q    Did that woman ever, that called you, ever tell
 7   you that Nancy Grace was a prosecutor?
 8        A    No.  This is something I found out afterwards.
 9        Q    But just so I can have a few questions answered.
10            MS. MERCIER:  Objection.  This is asked and
11        answered.
12   BY MR. DERATANY:
13        Q    Did that woman ever tell you that she was a
14   prosecutor?
15        A    No.
16        Q    Did that woman ever tell you that they wanted to
17   find out where Melinda was?
18        A    No.
19        Q    That that woman ever tell you in that
20   conversation that they intended to investigate or play a
21   police role or investigatory role in finding Trenton?
22        A    No.  It was a picture show to help get his
23   picture out there and help find Trenton.
24        Q    And the purpose, to your understanding, or at
25   least you were lead to believe, the purpose of the show was
```

86

1    to publicize the child's disappearance?

2        A    Yes, to help find Trenton.

3        Q    To help find Trenton.  Okay.  And you said you

4    had no further conversations with CNN up through that -- up

5    through the time of Melinda's death.  Did you have any more

6    conversations with Melinda from the time of the interview

7    with the producer individual from CNN, from that time up to

8    the time of Melinda's death?

9             MS. MERCIER:  I object to the question.

10            MR. DERATANY:  What's the basis?

11            MS. MERCIER:  It's vague.  You're asking about

12       an interview from the time of --

13            MR. DERATANY:  You have to state the basis.

14       That's why I asked you to respond.  That's how I can

15       respond and correct the question.

16            Since you're not giving the basis, I'll state.

17   BY MR. DERATANY:

18       Q    In between the time of that conversation with

19   CNN and the time of Melinda's death, did you have any other

20   conversations with Melinda?

21       A    So from the time she did the interview until the

22   time of her death?

23       Q    Yes, ma'am.

24       A    No.

25       Q    How did you find out about Melinda's death?

87

1          A      A friend came over to my office and told me.

2    And then I called Marty, the FBI person, and at first he

3    wouldn't give me any information.  And I said, listen, I

4    just need to know if it's true.  And he confirmed that it

5    was.

6          Q      Had you spoken to anybody between the time of

7    that interview and the time -- let's take a break for a

8    second.

9                  (Whereupon, there was a recess taken.)

10   BY MR. DERATANY:

11         Q      Did you have any conversations with anybody else

12   at any point before Melinda's death or before the show was

13   aired, that let you know what type of show this was?

14         A      No.

15         Q      You stated that you spoke with Marty from the

16   FBI and he confirmed that death of Melinda.  Did you

17   understand it to be a suicide at that point?

18         A      Yes.

19         Q      And what, if anything, did you do at that point?

20         A      Cried.

21         Q      Did you have any contact with CNN or Nancy Grace

22   show at this point?

23         A      I believe, I think I tried to get ahold of the

24   grandparents and find out what had happened.

25         Q      And did you get ahold of them?

1       Q      Did you -- okay.  There is handwriting on the
2    side kind of going sideways.  You see it?

3       A      The really bad chicken scratch?

4       Q      0205, Schulte 0205.  Is that your handwriting?

5       A      Yes.

6       Q      What does that say?

7       A      The telephone call to client, 551-7550.  That
8    was her cell phone.  And then me call R. Hudson regarding
9    switching weekend, father Monday and then Josh's employer.

10          That was also in reference to the child support
11    issue.  He wsn't paying child support at the time.

12       Q      That wasn't in reference to the will?

13       A      No.  Just a note to me.

14       Q      And so all this information put together is what
15    Melinda sent to you?

16       A      Yes.

17       Q      And you drafted the will based on what this
18    said?

19       A      Yes.

20       Q      At the time when she was doing the will, did the
21    issue of parents come up?

22       A      No.  That's why it kind of surprised when I met
23    them.

24       Q      You had mentioned that when you first -- Melinda
25    first came to you when she was released after the Baker

127

1    Acting, she was very pretty much matter of fact, wanted to

2    know what she needed to do, kind of in control and wanted a

3    plan and wanted to know what she was going to be doing?

4         A    Yes.

5         Q    And that's essentially kind of how Melinda

6    operated?

7         A    Yes.

8         Q    After Trenton went missing, and you talked about

9    the media started being -- increases in the media and

10   things like that, did you coordinate her media interviews?

11        A    Oh, no.  No.

12        Q    Okay.  Were you aware that she was coordinating

13   media interviews?

14        A    No.  Well, I mean it would be at the -- I think

15   there was two at the Police Department, the initial one

16   where I was, and then I think there was another one, and I

17   think I was there, too, but I think that one was with

18   Captain Padgett or Lieutentant.  But I think there was

19   another one.  And so I was there.  But I don't know if

20   Melinda spoke at that one.

21        Q    Are you aware that Melinda had another press

22   conference that she called on her own?

23        A    No.

24        Q    It was in a park?

25        A    No.

128

1      Q      You weren't aware of that?

2      A      No.

3      Q      Are you aware of that as you sit here now?

4             MR. DERATANY:  Objection.  Speculation as to who

5      called it.

6             THE WITNESS:  No.  No, I didn't know about one

7      in a park.

8    BY MS. MERCIER:

9      Q      Are you aware whether Melinda called in to radio

10   stations to make appearances?

11     A      Seems as though I was told that happened.  But I

12   can't say with certainty.

13     Q      Melinda wasn't running things by you of what she

14   was doing?

15     A      No.

16     Q      Whether it was interviews or press conferences

17   or things like that?

18     A      No.

19     Q      Now Melinda had withheld, during your

20   representation of her, Melinda had withheld other things

21   from you, correct?

22            MR. DERATANY:  Objection.  Vague.

23            THE WITNESS:  That one about being married.  And

24      but I felt that I had made it very clear that that

25      would not happen.  So that's the one thing that I

KERR AND ASSOCIATES, INC.
1-800-246-1753

```
 1          know of.
 2               Then I found out after her death that there was
 3          one other thing.  But that was the one thing that I
 4          knew of.
 5     BY MS. MERCIER:
 6          Q    What was the other thing?
 7          A    She and Josh did a porno tape.
 8          Q    So you weren't aware of that?
 9          A    God, no.
10          Q    And if --
11          A    Doesn't really help the DCF case.
12          Q    If she had, in fact, scheduled her own press
13     conferences, that would have been something withheld from
14     you.  She didn't tell you about that?
15               MR. DERATANY:  Objection.  Not proper
16          hypothetical.
17               THE WITNESS:  No.
18     BY MS. MERCIER:
19          Q    When -- after you had the conversation with CNN,
20     okay, the one call, and let me step back again.  Your
21     secretary answers the phone, and you're there, so she
22     passes the call through to you to this woman from CNN,
23     correct?
24          A    Yes.
25          Q    And how long is the conversation?
```

130

1      A      Ten, 15 minutes maybe.  Maybe possibly.

2      Q      And as you sit here today, you do not have a

3   specific recollection of everything that was discussed on

4   that call, do you?

5              MR. DERATANY:  Objection.  Mischaracterization.

6              THE WITNESS:  I can't say, I mean with 100

7         percent certainty everything, no.

8              MS. MERCIER:  You don't -- you just don't have a

9         recollection?

10             MR. DERATANY:  Objection.  Improper, badgering

11        the witness, improper hypothetical, incomplete

12        question and mischaracterization, and asked and

13        answered.

14             THE WITNESS:  Can I say verbatim exctly what was

15        said?  No.

16             MS. MERCIER:  You don't have a recollection of

17        whether the person from CNN asked you or told you any

18        questions that would be asked during the show?

19             MR. DERATANY:  Objection.  Mischaracterization.

20        Asked and answered.

21             THE WITNESS:  I don't believe that I was told

22        there was going to be any questions asked.  Can I say

23        that with 100 percent certainty?  No.  I don't

24        believe that it was said that this is going to be an

25        interview.  It was going to be a picture show.

131

1          MS. MERCIER;  And you don't recall whether or

2      not you were told no questions would be asked?

3          MR. DERATANY:  Objection.  Same objection.  You

4      keep saying the term she doesn't recall, and she

5      keeps repeating she doesn't say with 100 percent

6      certainty, but she does recall.  So it's a

7      mischaracterization of her earlier testimony.

8          THE WITNESS:  No.  I don't believe that it was

9      said there were going to be questions, and I don't

10     believe it wasn't that there wasn't going to be any

11     questions.

12         But can I say it with 100 percent certainty?

13     No.  It was, I just recall being a picture show to

14     get his face out there to help to find Trenton.

15         MS. MERCIER;   You're very clear what you

16     specifically recall.  But I want to make sure that

17     the record is clear, that you don't have 100 percent

18     recollection whether or not someone said, whether or

19     not the person from CNN said there would be questions

20     or there would be no questions.  You can't answer

21     about that?

22         MR. DERATANY:  Objection.  It's vague, badgering

23     the witness, asked and answered, and she's answered

24     it now three times.

25         THE WITNESS:  I don't think that was said, but I

132

1        can't say with 100 percent certainty that that is not

2        what was said or what was said.

3    BY MS. MERCIER:

4        Q    You just can't say?

5        A    I can't.  Yes.  I just -- yes.

6        Q    Did you ever tell anyone at CNN that you told

7    Melinda, you told the police that Melinda would not take a

8    polygraph?

9        A    I don't know if I told CNN, but I know I told

10   Lauren Ritchie and I also told Bill O'Reilly.

11       Q    This was after the death, after Melinda's death?

12       A    Yes, after the death, that I'm the one that said

13   no polygraph.

14       Q    But I'm asking you in the call, when you had the

15   call with the woman from CNN prior to Melinda's death,

16   whether or not you told her that you had told the police

17   Melinda would not take the polygraph?

18       A    It's possible but I don't know.

19       Q    Did you ever consider having Melinda take a

20   private polygraph?

21       A    No.

22       Q    Once you finished the call, the CNN call, did

23   you contact Melinda?

24       A    I did.

25       Q    By telephone?

133

1          A     Yes.

2          Q     And what did you tell to Melinda?

3          A     That I spoke with someone from CNN, and that

4    they wanted to do a picture show, and for her to come on

5    TV.   But I just don't think it's a good idea, and that's

6    basically it.   Just, I just don't think it's a good idea.

7          Q     Did you give Melinda the woman's telephone

8    number?

9          A     Yes.

10         Q     And did you tell Melinda that she should

11   coordinate with you any communications with the person from

12   CNN?

13         A     No.

14         Q     You didn't instruct Melinda to do that?

15         A     No, because I told her it's not a good idea.

16         Q     You basically told Melinda not to go on the

17   show?

18         A     Yes.   I didn't think it was a good idea.   I just

19   didn't have a good feeling about it.

20         Q     And you didn't think Melinda should do any media

21   interviews, correct?

22         A     After what I've been hearing in the public, no.

23   No.   And she's already being hounded as it was.   Why

24   continue.   No.

25         Q     Because you didn't think she came across well on

134

1   the media interviews?

2       A    Not the one I saw at the police station with

3   Captain Rockefeller, no.

4       Q    Because she came across emotionless?

5       A    Yes.

6       Q    She came across as controlled?

7       A    Just -- yes, just stalwart.  Just it, you know,

8   not --

9       Q    Matter of fact?

10      A    Yes, matter of fact.

11      Q    Not what you would view as a grieving mother who

12  just lost her son?

13      A    Right.  That's -- anyone else I had talked to,

14  you know, get my hair done, you know, people would talk

15  about, did you see it?  I think she did it.  Did you see

16  how she came across?  And I thought to myself -- just the

17  way she came across.  It was just as soon as I heard that,

18  it was, oh, stop.  No more.  Just no.

19      Q    And you were clear in your communications with

20  Melinda?

21      A    I thought I was.

22      Q    And so did you -- did Melinda tell you whether

23  or not she had spoken to the people from CNN, that she

24  returned the call?

25      A    I understood from talking with Melinda, she was

135

1    going to call because she wanted to do whatever she could

2    to get Trenton's face out there to help find him.  She just

3    felt she had to do what she had to do, and whatever it was,

4    to find Trenton.

5         Q    So at the end of your conversation, you had an

6    understanding that she was going to call this woman?

7         A    I pretty much felt that's what she was going to

8    do, even though I didn't think it was a good idea.

9         Q    And were you party to any conversation that

10   Melinda had with anyone from CNN?

11        A    No.

12        Q    Did Melinda ever tell you what transpired on a

13   conversation that she had with someone from CNN?

14        A    No.

15        Q    You never discussed that?

16        A    No.

17        Q    So you don't know anything that went on in

18   discussion between anyone from CNN and Melinda?

19        A    No.

20        Q    You don't know whether questions were asked of

21   Melinda?

22        A    I mean I just heard from the community.  But --

23        Q    But from personal knowledge, communications with

24   Melinda, you don't have any information on that?

25        A    No.

136

1     Q     Did Melinda ever tell you that she was going to

2   go on the program?

3     A     I don't think she told me.  I knew she was going

4   to be contacting them.

5     Q     But she didn't, after she communicated, she

6   didn't say, call you back and let you know she was doing

7   it.

8             MR. DERATANY:  She answered the question.

9             THE WITNESS:  No.

10  BY MS. MERCIER:

11    Q     When did you find out that she had gone, that

12  she had gone and did the taping?

13    A     Maybe the day after that it aired.  Someone

14  called me and said, did you see your client on TV.  And I

15  went what?  And that's how I found out that it just did not

16  go well at all.

17    Q     So you weren't aware of it until after it aired?

18    A     Right.  I think I got a few phone calls.

19    Q     But again, after it had aired?

20    A     Yes.

21    Q     Did you ever help Melinda prepare for any media

22  interviews?

23    A     That one with Captain Rockefeller, I tried to

24  help her, talk to her and give her encouragement.  But I

25  didn't necessarily tell her what to say or how to say it,

137

1    except to try to get her to show emotion.

2         Q      Did she prepare herself?

3              MR. DERATANY:  Objection.  Requires speculation.

4           Asked and answered.

5    BY MS.MERCIER:

6         Q      As far as you know?

7         A      I don't know.

8         Q      And you don't know whether or not she prepared

9    any kind of a or took any -- strike that.  You don't know

10   whether she took any steps to prepare for her interview on

11   the Nancy Grace program, do you?

12        A      I don't know.

13        Q      Let's go off the record.

14              (There was a discussion held off the

15        record.)

16              MR. DERATANY:  I need to go on the record for a

17        second because I want to have a 301 conference so

18        there is no confusion at all about something.

19              I tentatively noticed up the deposition of Dr.

20        Slavey on December 28th.  Are you -- you're not

21        producing, if I understand you correctly and tell me

22        if I'm wrong so there is no confusion, you're not

23        going to be producing any more witnesses for the rest

24        of this year, correct?

25              MS. MERCIER:  Correct.

149

1      A      No.   No.   I mean no one, no law enforcement

2  agency was having communications with me.  Marty called, I

3  think, a couple of times trying to schedule this ridealong

4  and to find out where Melinda had been from the prior few

5  days.

6           But -- and that's why I was so shocked when

7  Leesburg -- I mean I kind of had a relationship with them

8  and I offered to let -- to have them look at the file, and

9  they were not interested.  And I would think you would look

10 at any, at every avenue to try to find a missing child.

11     Q      And you don't know what Leesburg was doing by

12 way of the investigation?

13     A      No.   No.   I mean I was like really way, way.

14 They really definitely kept me at arms length.

15     Q      Okay.  You had answered questions about the fact

16 that Melinda had come to your office on the day that she

17 was released after having been Baker-Acted.

18     A      Yes.

19     Q      And that kind of the initiation of the

20 Baker-Acting was from a Chief of Police that was Carla's

21 friend?

22     A      Yes.

23     Q      And did you understand that that Baker-Acting

24 was really kind of a tactic in a custody battle?

25           MR. DERATANY:  I'm going to object to the extent

150

1        it calls for speculation, someone else's

2        understanding or state of mind.

3            THE WITNESS:  I think from working on those

4        cases, that that was Josh's intent was to have that

5        done initially.  And perhaps the Chief, maybe she was

6        involved in it.  But I took her deposition and she

7        denied that she was really friends with Carla.  She

8        denied anything else except for a relationship

9        because Carla had her shop in that town.

10           So but it just seemed as though it was like a

11       setup to get Melinda all worked up, and then boom,

12       put it on speaker phone and have the Chief standing

13       there.

14           MS. MERCIER:  When she came to your office, did

15       you feel she was a threat to herself?

16           MR. DERATANY:  Objection.  Requires speculation.

17        Outside the scope.

18           THE WITNESS:  No.  I mean she was never -- she

19       was never screaming or yelling or losing control.

20       She was -- she can be demanding.  I want this done, I

21       want that done.  Give me a plan.  I want this.  I

22       want that.  This is what I want.  Tell me where we're

23       going.

24           It was, you know, boom.  That's just, that was

25       her mindset.  But it wasn't -- I never got the

151

1          impression that I'm going to kill myself, I'm going

2          to hurt myself, I'm going to hurt somebody else, at

3          any time that I saw her.

4    BY MS. MERCIER:

5          Q     Would that go for all the way up until the time

6    that she committed suicide?

7          A     Yes.  You know, I was concerned because towards

8    the end -- when I say towards the end, after all the media

9    got involved and she was being followed, I mean because she

10   knew she was being tailed by the FBI.

11         From that point on when people were just so

12   intensely scrutinizing her, that's the point where she just

13   started -- it was just becoming too much for her.  I could

14   just tell it in her voice and her demeanor.

15         When she was sitting in my office drawing that

16   map, she was tired.  I mean she was worn out.  Usually she

17   was just (demonstrating).  This time she was just -- she

18   just little energy.  Just --

19         Q     Was that the day after that he went missing

20   that she was in your office drawing?

21         A     No.  This was a couple of days after.  It had to

22   be.  It might have been the week after.  I think about a

23   week, somewhere in that time.

24         Q     But you would agree with the statement that at

25   the time she was in your office, you didn't think she was

152

1   a harm to herself?

2           MR. DERATANY:  Objection.  What time?  The

3       initial time?

4           MS. MERCIER:  No, the time she was drawing the

5       map in your office.

6           THE WITNESS:  I didn't think that -- I didn't

7       think she was going to kill herself, no.  I just

8       thought she was just, I guess depressed, just worn

9       out.

10  BY MS.MERCIER:

11      Q   How do you know -- you said she knew she was

12  being followed by the FBI.  How do you know that?

13      A   She could see them.  She would drive --

14      Q   She told you?

15      A   Yes.  She would be driving and she would see

16  them tailing her.  She would even try to lose them, and no,

17  they're still there, where she described the car and it was

18  a typical like FBI car.  And she was like, they were there.

19      Q   Did you tell Melinda to cooperate with the FBI?

20      A   Of course.  The goal was to find Trenton.  That

21  was the goal.  And to help as much as possible.  And also,

22  I mean on the attorney's side, even though I'm not a

23  criminal attorney, God, I didn't want her coming across as

24  hiding.  I mean that would be the worst thing.

25          I mean I sat there and watched that press

197

1   evaluation and the psychological evaluation did not address

2   anger management or concerns about whether she had an anger

3   management issue.

4           So what then happened was I spoke with Dr.

5   Saunders and asked if he could do an anger management or an

6   anger evaluation.  He said he could, and he would, and he

7   did.  And so then --

8       Q    That's what this is?

9       A    This is what this is.

10      Q    And this is what you were talking about earlier

11  that Melinda did everything she was supposed to?

12      A    As soon as it was requested, either I requested

13  it or DCF requested it, she was right on top of it.  And

14  she was very organized.  If I asked her to do things, she

15  had files and things were in order.

16          And so you will see in those messages how she

17  was upset because they did.  I mean they went in and they

18  disturbed her system, I mean how she had things set up.

19  Things with torn out.  Oh, my God.  I remember she was

20  upset about that.

21      Q    And then you were clear and definite in your

22  communications with Melinda that she should not go on the

23  Nancy Grace program, correct?

24      A    I told her --

25          MR. DERATANY:  Objection.  Asked and answered.

198

1          THE WITNESS:  It was a bad idea.  I just, I did
2      not have a good feeling about it.
3          MS. MERCIER:  And that she should not go on the
4      show?
5          MR. DERATANY:  Objection.  Asked and answered
6      three times.
7          THE WITNESS:  Yes.
8          MS. MERCIER:  That's all I have.
9                    REDIRECT EXAMINATION
10   BY MR. DERATANY:
11      Q    I just had one question.  I'm going to show you
12   what is marked as Exhibit Number 7, which is CNN documents
13   195 through 198, or 199 rather, which purports to be the
14   e-mail from Clark Goldband to Jennifer Simpson and also to
15   Ellie Jostad, and dated September 7th.  And it's a
16   pre-interview it's called, and direct your attention to
17   page 198 of that.
18          MS. MERCIER:  You have a copy?
19          MS. DERATANY:  Read that second part.  It's your
20      document.
21          MS. MERCIER:  But you didn't tell me which
22      document you were going to use at this deposition.
23          MR. DERATANY:  Yes, I did.
24          MS. MERCIER:  You said in a letter?  I didn't --
25      I don't remember receiving this document you were