# EXHIBIT 19

Declaration of FDLE Special Agent Mary E. "Molly" Akin

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, et al.
Plaintiffs,

v.                                                          CASE NO.: 5:06-cv-444-WTH-GRJ

CABLE NEWS NETWORK LLLP (CNN), et al.
Defendants.
_____/

## DECLARATION OF FDLE SPECIAL AGENT
## MARY E. "MOLLY" AKIN

Pursuant to 28 U.S.C. § 1746, I declare the following under the penalty of perjury:

1.     My name is Molly Akin, I am over the age of 18 and am fully competent to make this Declaration. The statements herein are based upon my personal knowledge and review of records of the Florida Department of Law Enforcement ("FDLE").

2.     At all times relevant to this Declaration, in my role as a Special Agent, I participated in FDLE Case No. OR-20-0062, the investigation related to the kidnapping of Trenton Duckett from his residence in Leesburg, Florida.

3.     As reflected in the FDLE Investigative Report attached as Exhibit A (PRA – 1192-1193), as regularly kept by FDLE in the regular course of business, on September 8, 2006, I received from FDLE Special Agent Tom Davis an Avaratec 3200 Series laptop computer and its Hitachi Travelstar hard drive with serial number K4J23RAH (FDLE Exhibit MA3 ("MA3")). Special Agent Davis obtained the computer and its hard drive from Melinda Duckett's vehicle on September 8, 2006. A forensic image of the computer was made, and a forensic software was utilized to analyze the contents of the image. The hard drive retrieved from the Averatec 3200 laptop was sent to the FDLE/Tampa Crime Laboratory for a complete forensic examination.

FURTHER DECLARANT SAYETH NAUGHT

I declare under penalty of perjury that the foregoing is true and correct on this 9th day of February, 2010.

_____
Mary E. "Molly" Akin

FLORIDA DEPARTMENT OF LAW ENFORCEMENT
INVESTIGATIVE REPORT

This report was written in reference to investigative activities related to the kidnapping of Trenton Duckett from his residence in the City of Leesburg.

On September 8, 2006, FDLE Special Agent (SA) Molly Akin performed computer forensic imaging and analysis on two laptop computers at the request of Special Agent Supervisor (SAS) John King. United States Secret Service (USSS) Special Agents Ramin Sawal, Edward Hughes, and Thomas Campbell of the Orlando Field Office assisted SA Akin with forensic imaging and analysis of these computers. These computers were forensically analyzed to determine the location of Trenton Duckett, who has been missing from Leesburg, Florida, since August 27, 2006. These computers were searched, due to exigent circumstances which exist in this case.

SA Akin received an Averatec 3200 Series laptop, silver in color, from FDLE SA Tom Davis on September 8, 2006, at approximately 1845 hours. SA Davis obtained this laptop from Melinda Duckett's vehicle. The details obtained from the computer and hard drive are as follows:

Averatec 3200 Series
Silver Laptop
Model: AV3250HX-01

HDD: Travelstar/Hitachi
Capacity: 80 GB
Model: IC25N080ATMR04-0
P/N: 08K0635
S/N: K4J23RAH
Comments: No Jumpers

On September 8, 2006, USSS SA Hughes created a forensic image of this computer using a write blocker and the forensic software, Encase. USSS SA Sawal utilized the forensic software, Forensic Toolkit (FTK) to analyze the contents of the image. Relevant documents retrieved from this computer are maintained in the related items section of this case file.

On September 8, 2006, at approximately 2330 hours, Special Agent (SA) Akin received a black Compaq Presario computer from FDLE SA Denise Nevers. This computer was seized pursuant to a search warrant executed at Melinda Duckett's residence. The specifications for this computer were recorded as follows:

| Case Number: OR-20-0062 | Serial #: 13 |
|---|---|
| Author: Akin, Mary (Molly) Emily | Office: Orlando |
| Activity Start Date: 09/08/2006 | Activity End Date: 09/08/2006 |

Approved By: King, John L.
Description: Two Laptop Computers: Digital Evidence Imaging & Analysis

*THIS REPORT IS INTENDED ONLY FOR THE USE OF THE AGENCY TO WHICH IT WAS DISSEMINATED AND MAY CONTAIN INFORMATION THAT IS EITHER PRIVILEGED OR CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE YOUR AGENCY.*

| Case Number: | OR-20-0062 |
|---|---|
| IR Number: | 13 |

Compaq Presario
Black Laptop
Model: 1456VQLIN

HDD: Fujitsu
Model: MHH2064AT
Capacity: 6 GB
S/N: 01052793
Jumper: Cable Select

SA Hughes used Encase to create a forensic image of this hard drive. Because there was little data on the hard drive, it was not forensically analyzed.

The Compaq Presario and the hard drive retrieved from the Averatec 3200 laptop shall be sent to the FDLE/Tampa Crime Laboratory for a complete forensic examination. SA Akin entered these items into evidence on September 12, 2006. The exhibits were labeled as follows:

MA1: Averatec Laptop Computers
MA2: Compaq Presario
MA3: Hitachi/Travelstar Harddrive (Hard Drive from Exhibit MA1)

\*\*Note: This case was submitted under the Leesburg Police Department's case number, #06083735. Therefore, the evidence will not appear in the AIMS systems under the FDLE Case Number OR-20-0052. The lab case number associated with this evidence is: 20060309114.\*\*

The documents retrieved from the Averatec Laptop and the evidence submission form are maintained in a related items section within this case file.