# EXHIBIT 20

# Declaration of FDLE Analyst Barbara Ramos-Mendez

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, et al.
Plaintiffs,

v.                                                    CASE NO.: 5:06-cv-444-WTH-GRJ

CABLE NEWS NETWORK LLLP (CNN), et al.
Defendants.
_____/

DECLARATION OF FDLE ANALYST
BARBARA RAMOS-MENDEZ

Pursuant to 28 U.S.C. § 1746, I declare the following under the penalty of perjury:

1. My name is Barbara Ramos-Mendez, I am over the age of 18 and am fully competent to make this Declaration. The statements herein are based upon my personal knowledge and review of records kept in the ordinary course of business of the Florida Department of Law Enforcement ("FDLE").

2. At all times relevant to this Declaration, in my role as a Crime Laboratory Analyst at the FDLE Tampa Crime Laboratory, I participated in FDLE Case No. OR-20-0062, Lab No. 20060309114, the investigation related to the kidnapping of Trenton Duckett.

3. As reflected in the FDLE Crime Laboratory Report attached as Exhibit A (NPP-3229-3230), on September 12, 2006, FDLE Crime Laboratory received from FDLE Special Agent Molly Akin a Hitachi Travelstar hard drive with serial number K4J23RAH ("Hard Drive") (FDLE Exhibit MA3 ("MA3")). A forensic image of the Hard Drive was made, and forensic software was utilized to analyze the contents of the image. The Hard Drive was sent to the FDLE/Tampa Crime Laboratory for a complete forensic examination.

4. At the Tampa/FDLE Crime Laboratory, I analyzed the Hitachi Travelstar Hard Drive (MA3) for the presence of active and deleted data of potential evidentiary data. A complete listing of all active and deleted files that I recovered during this analysis was saved under the MA3 exhibit number.

5. The file listing for MA3 identified an MSWorks file named "NancyGraves.wps" (sic), that was recovered from the hard drive at the following location: Exh-MA3\C\DocumentsandSettings\FOX\MyDocuments\NewsonTrent\NancyGraves.wps.

6. The file listing for MA3 states that the file NancyGraves.wps was created on Wednesday, September 6, 2006 at 06:15:23PM. It was opened at 08:11:40PM, and again at 08:20:03PM on the same day.

FURTHER DECLARANT SAYETH NAUGHT

I declare under penalty of perjury that the foregoing is true and correct on this 26 day of January, 2010.

Barbara Ramos-Mendez

# FDLE

| | | |
|---|---|---|
| Florida Department of Law Enforcement | Tampa Bay Regional Operations Center | 4211 North Lois Avenue Tampa, Florida 33614 (800) 226-1140 www.fdle.state.fl.us |

Gerald M. Bailey
*Commissioner*

October 12, 2006

| | | | |
|---|---|---|---|
| TO: | Chief William J. Chrisman Leesburg Police Department 115 East Magnolia Leesburg, FL 34748 | FDLE NUMBER: SUBMISSION: AGENCY NUMBER: | 20060309114 004 06083735 |
| ATTN: | EVID CUSTODIAN | SUBPOENAS PERTAINING TO THIS CASE SHOULD REFER TO THE FDLE NUMBER. | |
| VICTIM(S): OFFENSE(S): | TRENTON, DUCKETT Kidnapping Lake County 08/27/2006 | Barbara Ramos-Mendez Crime Laboratory Analyst Digital Evidence Section | |

## REFERENCE:

This report has reference to item(s) submitted to FDLE on September 12, 2006 by Molly Akin referenced to a missing child. This report cross references case number 20060511306 from the Town of Lady Lake Police Department in reference to a death investigation case.

## EXHIBIT(S):

| Container | Exhibit | Description |
|---|---|---|
| 02.000.000.00 | Exhibit MA2 | One (1) Compaq Presario 1830 model laptop computer with serial number 1V9BCTV520E0 with one (1) Fujitsu MHH2064AT model hard drive with serial number 01052793. |
| 03.000.000.00 | Exhibit MA3 | One (1) Hitachi Travelstar model hard drive with serial number K4J23RAH. |

## RESULT (S):

Exhibit MA2 was analyzed for the presence of active and deleted data of potential evidentiary value. All data of potential evidentiary value was recorded on the DVD-R under the directory titled "\20060309114 SUB4\Exh-MA2\Active Files". A search for data in the unallocated space (where deleted data of potential value may be found) was performed and the data recovered was recorded on the DVD-R under the directory titled "\20060309114 SUB4\Exh-MA2\Unallocated Data Files". A keyword search was performed. No keywords of value were found.

Exhibit MA3 was analyzed for the presence of active and deleted data of potential evidentiary value. All data of potential evidentiary value was recorded on the DVD-R under the directory titled "\20060309114 SUB4\Exh-MA3\Active Files". A search for data in the unallocated space was performed and the data recovered was recorded on the DVD-R under the directory titled "\20060309114 SUB4\Exh-MA3\Unallocated Data Files". A keyword search was performed. A listing of the keywords and frequency of occurrence was saved to the directory referenced above as "Keyword Search Report for Exh-MA3.rtf." In addition, text fragments of potential evidentiary value were saved to the file titled "Text Fragments from Exh-MA3.rtf" in this directory.


EXHIBIT A

NPP-3229

Chief William J. Chrisman
PAGE 2 of 2
FDLE NUMBER : 20060309114 004

### REMARK(S) :

A complete listing of all active and deleted files recovered during this analysis was saved in the "Active Files" directory under the corresponding exhibit number.

All data files and reports generated from the exhibits in this case were recorded on two (2) DVD-Rs in container number 01.002.000.00. In addition, a forensic backup was saved on seven (7) DVD-Rs in container 01.001.000.00. Please be advised that all data of potential evidentiary value is still present on the media that you submitted for analysis. The DVD-Rs mentioned in this report have been returned with your evidence. Additionally, analytical case file notes for this case are available upon request.