**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ESTATE OF MELINDA DUCKETT, et. al.
Plaintiffs,

                CASE NO. 5:06-cv-444-WTH-GRJ

vs.

CABLE NEWS NETWORK LLLP (CNN), et al.
Defendants.
_____/

**NOTICE OF FILING APPENDIX OF EXHIBITS TO PLAINTIFFS' RESPONSE IN OPPOSITION TO CABLE NEWS NETWORK AND NANCY GRACES' MOTION FOR SUMMARY JUDGMENT**

  Plaintiffs, Estate of Melinda Duckett and Bethann and William Eubank ("Plaintiffs") hereby give notice of filing of this Appendix of Exhibits in Support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment.

**APPENDIX OF EXHIBITS**

| Exhibit No. | Document |
|---|---|
| 1 | Deposition Excerpts of Kim Schulte |
| 2 | Defendant, CNN's, Answers to Plaintiffs' Interrogatories |
| 3 | Deposition Excerpts of Dean Sicoli |
| 4 | Deposition Excerpts of Keren Schiffman |
| 5 | September 7, 2006, E-mails between CNN producers and staff, CNN 0191-0193 |
| 6 | Deposition Excerpts of Clark Goldband |
| 7 | September 7, 2006, E-mails enclosing "Talking Points" for Nancy Grace, CNN 0195-0199 |
| 8 | Pre-Interview Questions to Melinda, CNN 0213-0214 |
| 9 | August 29, 2006, E-mail from Keren Schiffman, CNN 0009 |
| 10 | August 30, 2006, E-mail enclosing *Orlando Sentinel* article, CNN 0024-0025 |
| 11 | Deposition Excerpts of Defendant, Nancy Grace |
| 12 | Pre-Interview Notes to Nancy Grace, CNN 0878-0879 |
| 13 | Deposition Excerpts of Ellie Jostad |
| 14 | September 7, 2006, E-mail from Clark Goldband, CNN 0228 |
| 15 | September 7, 2006, E-mail from Keren Schiffman, CNN 0230 |
| 16 | E-mail from Janine Iamunno, CNN 1850 |
| 17 | Deposition Excerpts of Lisa Sherwood |
| 18 | Expert Opinions of Harold Bursztajn, M.D., Forensic Psychiatrist |
| 19 | September 11, 2006, E-mail from Clark Goldband, Ratings E-mail, CNN 02677 |
| 20 | Deposition Excerpts of Michael Cabellero |

| 21 | Excerpts of Lifestream Behavioral Center Records |
|----|---------------------------------------------------|
| 22 | Defendant, Nancy Grace's, Answers to Plaintiffs' Interrogatories |

Respctfully Submitted,

DERATANY, SKORUPA & O'HARA, P.A. Attorneys for Plaintiffs
Crystal Tree Centre
1201 U.S. Hwy One, Suite 315
North Palm Beach, FL 33408
Telephone: (561) 624-7989
Facsimile: (561) 627-5734

By: /s/ Jay Paul Deratany_____
        JAY PAUL DERATANY
        FL Bar No.: 837880
        KARA ANN SKORUPA
        FL Bar No.: 0739561

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to **Charles D. Tobin, Esquire**, and **Judith M. Mercier, Esquire,** Holland & Knight LLP, Attorneys for CNN and Nancy Grace, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801 and 2099 Pennsylvania Ave., N.W., Suite 100, Washington, D.C. 20000 on this 7th day of June, 2010.

By: /s/ Jay Paul Deratany_____
        JAY PAUL DERATANY
        FL Bar No.: 837880
        KARA ANN SKORUPA
        FL Bar No.: 0739561