UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT,
by and through her personal representative,
KATHLEEN CALVERT, and BETHANN
EUBANK and WILLIAM GERALD
EUBANK, as legal parents of MELINDA
DUCKETT, and as grandparents and next
friends of T.D., a child, and M.E., a minor
sibling of MELINDA DUCKETT,

    Plaintiffs,

v.                                                CASE NO.:  5:06-cv-444-WTH-GRJ

CABLE NEWS NETWORK LLLP (CNN),
a Delaware corporation, NANCY GRACE,
individually and as an employee/agent of
CNN, various unnamed producers of the
"Nancy Grace" show, JOSHUA DUCKETT,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY

Defendants Cable News Network, Inc.[1] and Nancy Grace, pursuant to Local Rule 3.01(c) and (d), hereby request leave to file a brief of no more than six pages in reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. (Dkt. No. 185)("Opp."). A reply is necessary here to correct false statements advanced by the Plaintiffs of facts that are in the record, and to clarify clear misstatements of law regarding the elements of intentional infliction of emotional distress as alleged here.

In their Opposition, Plaintiffs make material and incorrect factual statements, unsupported by record evidence, relating to:

---

[1] Plaintiffs erroneously sued "Cable News Network LLLP," an entity that does not exist.  "CNN" is the acronym for Cable News Network LP, LLLP, now known as Cable News Network, Inc.

- Whether Nancy Grace herself knew prior to the *Nancy Grace* interview that Melinda Duckett had been Baker Acted (Opp. at 6, ¶6), let alone that Ms. Duckett had minimized the event in discussions with a program producer.

- Melinda Duckett's parents' knowledge about the *Nancy Grace* interview when they watched the broadcast after learning of Ms. Duckett's suicide (Opp. at 37).

- Discussions CNN producer Keren Schiffman had with Melinda Duckett's lawyer Kimberly Schulte (Opp. at 7, ¶10 and 24) before the taping of the *Nancy Grace* interview.

Additionally, for the first time in this litigation, Plaintiffs in their Opposition assert an "abuse of power" theory (Opp. at 15-22), alleging that Nancy Grace exercised Svengali-like control over Ms. Duckett. Plaintiffs misapply that doctrine, and they do so in a manner that is at odds with the law of this case established by Judge Hodges, requiring that to support the outrage element of their claims, they adduce "evidence…concerning Ms. Duckett's mental state and the Defendants' level of knowledge about it, as well as…evidence concerning what exactly was said to Ms. Duckett both during the initial conversations with Defendants' producers and during the taping of the *Nancy Grace* show…." (Order on Motion to Dismiss, Dkt. No. 50, p.12).

Finally, Defendants would like the opportunity to apprise the Court as to why, since she has asserted no opposition to summary judgment and put into the record no facts at all concerning her claim, Plaintiff M.E. has failed to meet her burden.

For the foregoing reasons, Defendants request that this Court grant leave to file a reply of no more than six pages to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment to narrowly address these issues.

Defendants certify that, pursuant to Local Rule 3.01(g), defense counsel conferred with opposing counsel, and that opposing counsel stated that they oppose this Motion.

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**
Counsel for Defendants

Judith M. Mercier #32727
200 S. Orange Avenue, Ste. 2600
Orlando, Florida  32801-3453
Telephone:  (407) 425-8500
Facsimile:  (407) 244-5288

Charles D. Tobin #0816345
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Telephone:  (202) 955-3000
Facsimile: (202) 955-5564

By:     /s/ Charles D. Tobin

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 14, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following parties of record:  Counsel for Plaintiffs, Jay Paul Deratany, Esquire and Kara Skorupa, Esquire, Deratany, Skorupa & O'Hara, P.A., Crystal Tree Centre, 1201 U.S. Highway One, Suite 315, North Palm Beach, Florida.

/s/ Charles D. Tobin
