UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, et al.
Plaintiffs,

v.  CASE NO.: 5:06-cv-444-WTH

CABLE NEWS NETWORK LLLP (CNN), et al.
Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE CLAIMS OF THE ESTATE OF MELINDA DUCKETT

IT IS HEREBY stipulated, by and between the Plaintiff, the Estate of Melinda Duckett by and through its personal representative, Kathleen Calvert ("the Estate"), and the Defendants, Cable News Network, Inc. and Nancy Grace ("Defendants") (collectively "the Parties"), that all claims made by the Estate, having been amicably settled between the Parties, shall be dismissed with prejudice. The Parties are to bear their own respective costs and attorneys' fees in this action.

WHEREFORE, the Estate and Defendants respectfully request this Court to enter an Order dismissing the case with prejudice as to the claims made by the Estate of Melinda Duckett in this lawsuit.

Respectfully Submitted,

<table>
<tr><td>

**HOLLAND & KNIGHT LLP**
*Counsel for Defendants*

Judith M. Mercier #32727
200 S. Orange Avenue, Ste. 2600
Orlando, Florida 32801-3453
Telephone: (407) 425-8500
Facsimile: (407) 244-5288

Charles D. Tobin #0816345
Drew E. Shenkman, *Of Counsel*
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

By:   /s/ Charles D. Tobin

</td><td>

**DERATANY, SKORUPA & O'HARA, P.A.**
*Counsel for Plaintiffs*

Jay Paul Deratany # 837880
Kara Ann Skorupa #073956

Crystal Tree Centre
1201 U.S. Hwy One, Suite 315
North Palm Beach, FL 33408
Telephone: (561) 624-7989
Facsimile: (561) 627-5734

By:   /s/ Jay Paul Deratany

</td></tr>
</table>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record..

/s/ Charles D. Tobin