UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, et al.
Plaintiffs,

v.  CASE NO.: 5:06-cv-444-WTH

CABLE NEWS NETWORK LLLP (CNN), et al.
Defendants.
_____/

## ORDER APPROVING SETTLEMENT

THIS CAUSE came before the Court upon the joint petition by the Estate of Melinda Duckett by and through its personal representative Kathleen Calvert, and Defendants Cable News Network Inc. and Nancy Grace. The parties having agreed to settlement of the Estate of Melinda Duckett's claim as set forth in the Joint Petition for Approval of Settlement Creating Trenton John Duckett Irrevocable Trust, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that pursuant to §768.25 of the Florida Statutes, the settlement of the Estate of Melinda Duckett's claim is hereby APPROVED.

**DONE AND ORDERED** in Chambers this _____ day of _____, 2010 in Ocala, Florida.

_____
WILLIAM TERRELL HODGES
UNITED STATES DISTRICT COURT JUDGE

**Copies to:**

**HOLLAND & KNIGHT LLP**
*Counsel for Defendants*

Judith M. Mercier #32727
200 S. Orange Avenue, Ste. 2600
Orlando, Florida 32801-3453
Telephone: (407) 425-8500
Facsimile: (407) 244-5288

Charles D. Tobin #0816345
Drew E. Shenkman, *Of Counsel*
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

**DERATANY, SKORUPA & O'HARA, P.A.**
*Counsel for Plaintiffs*

Jay Paul Deratany # 837880
Kara Ann Skorupa #073956

Crystal Tree Centre
1201 U.S. Hwy One, Suite 315
North Palm Beach, FL 33408
Telephone: (561) 624-7989
Facsimile: (561) 627-5734