UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ESTATE OF MELINDA DUCKETT, et al.
Plaintiffs,

v.  CASE NO.: 5:06-cv-444-WTH

CABLE NEWS NETWORK LLLP (CNN), et al.
Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE CLAIMS OF M.E., A MINOR SIBLING OF MELINDA DUCKETT

IT IS HEREBY stipulated, by and between the Plaintiff, M.E., a minor sibling of Melinda Duckett, through her natural guardians, Bethann and William Gerald Eubank ("Plaintiff"), and the Defendants, Cable News Network, Inc. and Nancy Grace ("Defendants"), that all claims made by Plaintiff shall be dismissed with prejudice. The parties are to bear their own respective costs and attorneys' fees in this action.

WHEREFORE, the Plaintiffs and Defendants respectfully request this Court to enter an Order dismissing the case with prejudice as to the claims made by M.E., a minor sibling of Melinda Duckett, in this lawsuit.

Respectfully Submitted,

| | |
|---|---|
| **HOLLAND & KNIGHT LLP**<br>*Counsel for Defendants* | **DERATANY, SKORUPA & O'HARA, P.A.**<br>*Counsel for Plaintiffs* |
| Judith M. Mercier #32727<br>200 S. Orange Avenue, Ste. 2600<br>Orlando, Florida 32801-3453<br>Telephone: (407) 425-8500<br>Facsimile: (407) 244-5288 | Jay Paul Deratany # 837880<br>Kara Ann Skorupa #073956<br><br>Crystal Tree Centre<br>1201 U.S. Hwy One, Suite 315<br>North Palm Beach, FL 33408<br>Telephone: (561) 624-7989<br>Facsimile: (561) 627-5734 |
| Charles D. Tobin #0816345<br>Drew E. Shenkman, *Of Counsel*<br>2099 Pennsylvania Ave., N.W., Suite 100<br>Washington, D.C. 20006<br>Telephone: (202) 955-3000<br>Facsimile: (202) 955-5564 | |
| By:  /s/ Charles D. Tobin | By:  /s/ Jay Paul Deratany |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record..

/s/ Charles D. Tobin